

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

February 12, 2018

<u>BY ECF</u>
The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

   Re: *Nat'l Immigration Project v. U.S. Dep't of Homeland*, No. 18 Civ. 659 (RA)

Dear Judge Abrams:

   I write respectfully on behalf of Defendants in the above-referenced case to request an extension of the deadlines in the Court's Order of February 2, 2018, and an adjournment of the initial status conference scheduled for February 15, 2018, at 1:00 PM. Plaintiffs consent to the this request. My grandfather died this past weekend, and I will travel to Texas to attend his funeral on Wednesday, returning Thursday.

   The parties jointly called Your Honor's Courtroom Deputy to discuss this request, and she proposed Tuesday, February 20, 2018, at 11:30 AM, as the time for the rescheduled conference. The parties also respectfully request that the deadline for the joint pre-conference letter be extended from today until Friday, February 16, 2018.

   The parties have not previously requested any extensions. We thank the Court for considering this request.

        Respectfully,

        GEOFFREY S. BERMAN
        United States Attorney

    By: */s/ Caleb Hayes-Deats*
        CALEB HAYES-DEATS
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, NY 10007
        Tel: (212) 637-2699

cc:     Nancy Morawetz
        Jessica Rofé
        Fatima Carrillo, Legal Intern
        Nora Searle, Legal Intern
        Kevin Siegel, Legal Intern
        Sarah Thompson, Legal Intern
        Washington Square Legal Services, Inc.
        Immigrant Rights Clinic
        245 Sullivan Street, 5th Floor
        New York, NY 10012
        *for Plaintiffs*