# Exhibit 2

## Sejal Zota

| | |
|---|---|
| **From:** | foia@hq.dhs.gov |
| **Sent:** | Tuesday, November 28, 2017 2:49 PM |
| **To:** | sejal@nipnlg.org |
| **Subject:** | Department of Homeland Security FOIA 2018-HQFO-00276 Acknowledgment |
| **Attachments:** | 2018-HQFO-00276 NMI Acknowledgement Letter.pdf |

Good Afternoon,

Attached is our acknowledgment of your DHS FOIA request. If you need to contact this office again concerning your request, please provide the DHS reference number. This will enable us to quickly retrieve the information you are seeking and reduce our response time. This office can be reached at 866-431-0486.

Regards,

DHS Privacy Office
Disclosure & FOIA Program
STOP 0655
Department of Homeland Security
245 Murray Drive, SW
Washington, DC 20528-0655
Telephone: 1-866-431-0486 or 202-343-1743
Fax: 202-343-4011
Visit our FOIA website

Exhibit 2-1

**U.S. Department of Homeland Security**
Washington, DC 20528



**Homeland Security**

*Privacy Office, Mail Stop 0655*

November 28, 2017

<u>**SENT VIA E-MAIL TO:**</u>  **sejal@nipnlg.org**

Sejal Zota
National Immigration Project
  of the National Lawyers Guild
14 Beacon Street
Suite 602
Boston, Ma 02108

Re:  **2018-HQFO-00276**

Dear Ms. Zota:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), dated November 22, 2017, and seeking all records sent by or to Elaine Duke, Acting Director of the DHS, relating to TPS for nationals of Haiti, including by not limited to the extension, redesignation, or termination of TPS for Haitian nationals; and all records relating to and including a letter dated on or about October 31, 2017 from Secretary of State Rex Tillerson to Elaine Duke, Acting Director of Department of Homeland Security, informing her that conditions in Haiti no longer justify its TPS designation. Your request was received in this office on November 24, 2017.

After careful review of your FOIA request, we determined that item one of your request is too broad in scope.  In order to conduct a search for all records sent by or to Elaine Duke, Acting Director of the DHS, relating to TPS for nationals of Haiti, we require a time period for the search.  Records must be described in reasonably sufficient detail to enable government employees who are familiar with the subject area to locate records without placing an unreasonable burden upon the agency.  For this reason, 6 C.F.R. Part 5 §5.3(b) of the DHS FOIA regulations require that you describe the records you are seeking with as much information as possible to ensure that our search can locate them with a reasonable amount of effort.  Whenever possible, a request should include specific information about each record sought, such as the date, title or name, author, recipients, and subject matter of the records, if known, or <u>the DHS component or office you believe created and/or controls the record</u>.  The FOIA does not require an agency to create new records, answer questions posed by requesters, or attempt to interpret a request that does not identify specific records.

Please resubmit your request with a time period for item 1.  This is not a denial of your request.  Upon receipt of a perfected request, you will be advised as to the status of your request.  If we do

Exhibit 2-2

not hear from you within 30 days from the date of this letter, we will assume you are no longer interested in this FOIA request, and the case will be administratively closed.

Your request has been assigned reference number **2018-HQFO-00276**. Please refer to this identifier in any future correspondence. The status of your FOIA request is now available online and can be accessed at: https://www.dhs.gov/foia-status, by using this FOIA request number. Status information is updated daily. Alternatively, you can download the DHS eFOIA Mobile App, the free app is available for all Apple and Android devices. With the DHS eFOIA Mobile App, you can submit FOIA requests or check the status of requests, access all of the content on the FOIA website, and receive updates anyplace, anytime.

If you have any questions, or would like to discuss this matter, please feel free to contact this office at 1-866-431-0486 or at 202-343-1743.

Sincerely,

Catalina Calachan
FOIA Program Specialist

Exhibit 2-3