# Exhibit 3

**Sejal Zota**

| | |
|---|---|
| **From:** | Sejal Zota |
| **Sent:** | Friday, December 1, 2017 12:50 PM |
| **To:** | 'foia@hq.dhs.gov' |
| **Subject:** | RE: Department of Homeland Security FOIA 2018-HQFO-00276 Acknowledgment |
| **Attachments:** | short TPS FOIA DHS clarification 12-1 final.pdf |

December 1, 2017

*VIA ELECTRONIC MAIL*

Sam Kaplan, Chief Privacy Officer/Chief FOIA Officer
The Privacy Office
U.S. Department of Homeland Security
245 Murray Drive SW, Building 410
STOP-655
Washington, DC 20528-0655
foia@hq.dhs.gov

  **Re: DHS FOIA Case Number: 2018-HQFO-00276**

Dear FOIA Officer:

On November 22, 2017, we, the National Immigration Project of the National Lawyers Guild (NIPNLG) and Professor Margaret Satterthwaite, submitted a request under the Freedom of Information Act (FOIA) to the Department of Homeland Security (DHS) seeking records regarding the termination of the Temporary Protected Status (TPS) designation for Haiti.

In an email dated November 28, 2017, you stated that item one of our request "is too broad in scope" and asks that we specify a "time period for item one." The email further states that if you do not hear from us within 30 days from the date of this letter, you will "assume [we] are no longer interested in this FOIA request, and the case will be administratively closed."

We write to notify you that we remain interested in the FOIA request, and that the case should not be administratively closed.

Item one of our request asks for "all records sent by or to Elaine Duke, Acting Director of the DHS, relating to TPS for nationals of Haiti, including but not limited to the extension, redesignation, or termination of TPS for Haitian nationals." Per your request, we specify that we seek records between April 4, 2017 and November 22, 2017.

As our request is for communications associated with one specific individual about a particular topic over a short period of time, it is reasonably specific and allows DHS to locate the responsive records with a reasonable amount of effort. Accordingly, we expect a response to the request within 20 working days, as FOIA requires. *See* 5 U.S.C. § 552(a)(6)(A)(i).

1

Exhibit 3 - 1

Thank you for your time and attention to this matter. Should you have any questions regarding this request, please contact Sejal Zota at 919-698-5015.

Sincerely,

Sejal Zota
National Immigration Project
  of the National Lawyers Guild
14 Beacon Street, Suite 602
Boston, MA 02108

Margaret Satterthwaite
Professor of Clinical Law
NYU School of Law
245 Sullivan Street
New York, NY 10012

2

Exhibit 3 - 2

**From:** foia@hq.dhs.gov [mailto:foia@hq.dhs.gov]
**Sent:** Tuesday, November 28, 2017 2:49 PM
**To:** sejal@nipnlg.org
**Subject:** Department of Homeland Security FOIA 2018-HQFO-00276 Acknowledgment


Good Afternoon,

Attached is our acknowledgment of your DHS FOIA request.  If you need to contact this office again concerning your request, please provide the DHS reference number. This will enable us to quickly retrieve the information you are seeking and reduce our response time. This office can be reached at 866-431-0486.

Regards,

DHS Privacy Office
Disclosure & FOIA Program
STOP 0655
Department of Homeland Security
245 Murray Drive, SW
Washington, DC 20528-0655
Telephone:  1-866-431-0486 or 202-343-1743
Fax:  202-343-4011
Visit our FOIA website

3

Exhibit 3 - 3