# Exhibit 10

| | |
|---|---|
| **From:** | Sejal Zota |
| **To:** | Happel, Ellie; Jessica Rofe; Morawetz, Nancy; Paromita Shah; Satterthwaite, Meg |
| **Subject:** | Fwd: FOIA request |
| **Date:** | Monday, December 11, 2017 5:15:23 PM |

Hi Team,

Just received this from USCIS. Let me know if you have any thoughts about narrowing to a subset of officials at USCIS. Thanks.

Sejal

---------- Forwarded message ---------
From: Horn, Dawn D <dawn.d.horn@uscis.dhs.gov>
Date: Mon, Dec 11, 2017 at 5:09 PM
Subject: FOIA request
To: sejal@nipnlg.org <sejal@nipnlg.org>


Sejal Zota

  We are in receipt of your FOIA request. Your request asks for a numerous amount of information. As it stands it will take numerous months for our office to collect the data and then several additional months for us to process it. My office wanted to let you know this fact and ask if you wish to modify your request in order to speed up the collection and processing of your request? USCIS currently has approximately 22,000 employees. If we are required to search every single person it could take upwards of a year just to collect the information. We suggest that you narrow your request to a couple of people in upper management and to two or three specific offices. Please also understand that items 18 and 19 are not items we track. If you have questions, please feel free to contact me. We look forward to hearing from you and await your response in order to start processing your request.


*Dawn D. Horn*

Dawn.D.Horn@uscis.dhs.gov

Government Information Specialist

FOIA/PA, Significant Interest Group (SIG)

U.S. Citizenship and Immigration Services

Immigration Records and Identity Services Directorate

National Records Center

150 Space Center Loop

Lee's Summit, MO 64064

Office Phone: 816-350-5500 x5038

FAX: 816-350-5785

Telework Monday, Tuesday, Wednesday, & Friday

**WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.**

--
Sejal Zota Legal Director National Immigration Project Of the National Lawyers Guild 919-698-5015 (cell)