# Exhibit 11

December 14, 2017

*VIA ELECTRONIC MAIL*

Dawn D. Horn, Government Information Specialist
FOIA/PA, Significant Interest Group (SIG)
U.S. Citizenship and Immigration Services
Immigration Records and Identity Services Directorate
National Records Center
150 Space Center Loop
Lee's Summit, MO 64064

      **Re:    USCIS FOIA Request**

Dear FOIA Officer:

On November 24, 2017, we, the National Immigration Project of the National Lawyers Guild (NIPNLG) and Professor Margaret Satterthwaite, submitted a request via email under the Freedom of Information Act (FOIA) to the U.S. Citizenship and Immigration Services (USCIS) seeking records regarding the termination of the Temporary Protected Status (TPS) designation for Haiti.

In an email dated December 11, 2017, you asked us to "narrow [our] request to a couple of people in upper management and to two or three specific offices."

Per your request, we agree to narrow our requests regarding communications and correspondence to and from USCIS employees. Specifically, we seek communications and correspondence regarding TPS for Haiti *sent or received* by USCIS personnel who were involved in the assessment of whether to extend TPS for nationals of Haiti, including:

L. Francis Cissna, Director, USCIS;

James McCament, former Acting Director and current Deputy Director, USCIS;

Donald Neufeld, Associate Director, USCIS Service Center Operations;

Kathy Neubel Kovarik, Chief, USCIS Office of Policy and Strategy; and

Any employee of the USCIS Office of Policy and Strategy.

We seek communications involving these individuals as well as any prior officials who may have held these positions after January 19, 2017.

Please note that we make no modifications to item numbers eight, ten, thirteen, sixteen, seventeen, eighteen, and nineteen in our original FOIA request.

We expect a response to the request within 20 working days, as FOIA requires. *See* 5 U.S.C. § 552(a)(6)(A)(i). Thank you for your time and attention to this matter. Should you have any questions regarding this request, please contact Sejal Zota at 919-698-5015.

Sincerely,

Sejal Zota
National Immigration Project
  of the National Lawyers Guild
14 Beacon Street, Suite 602
Boston, MA 02108

Margaret Satterthwaite
Professor of Clinical Law
NYU School of Law
245 Sullivan Street
New York, NY 10012