# Exhibit 12

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010



**U.S. Citizenship
and Immigration
Services**

December 14, 2017                                      **COW2017001456**

Sejal Zota
NIPNLG
14 Beacon Street, Suite 602
Boston, MA 02108

Dear Sejal Zota:

We received your request on November 30, 2017 and your agreement to modify your request via email on December 14, 2017, for information relating to communications and correspondence to and from USCIS employees. Specifically, communications and correspondence regarding TPS for Haiti sent or received by USCIS personnel who were involved in the assessment of whether to extend TPS for nationals of Haiti, including:

L. Francis Cissna, Director, USCIS;

James McCament, former Acting Director and current Deputy Director, USCIS;

Donald Neufeld, Associate Director, USCIS Service Center Operations;

Kathy Neubel Kovarik, Chief, USCIS Office of Policy and Strategy; and

Any employee of the USCIS Office of Policy and Strategy.

We seek communications involving these individuals as well as any prior officials who may have held these positions after January 19, 2017.

Please note that we make no modifications to item numbers eight, ten, thirteen, sixteen, seventeen, eighteen, and nineteen in our original FOIA request.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: COW2017001456. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the complex track (Track 2).

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.4(a)), USCIS uses a "cut-off" date to delineate the scope of a FOIA request by treating records created after that date as not responsive to that request. Therefore, in determining which records are responsive to your request, we will only include records in the possession of this agency as of December 14, 2017, the date we began the search for records.

**www.uscis.gov**

COW2017001456
Page 2

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy.

The statutory time limits for processing your request cannot be met because of unusual circumstances, and it will be necessary to extend the time limits for processing beyond the ten working days due to the need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request. In the interim if you have questions about the status of your request, you may contact Dawn Horn by e-mail Dawn.d.horn@uscis.dhs.gov.

This office will be providing your records on a Compact Disc (CD) for use on your personal computer. The CD is readable on all computers through the use of Adobe Acrobat software. A version of Adobe Acrobat will be included on the CD. Your records can be viewed on your computer screen and can be printed onto paper. Only records 15 pages or more are eligible for CD printing. To request your responsive records on paper, please include your control number and write to the above address Attention: FOIA/PA Officer, or fax them to (816) 350-5785.

You may check the status of your FOIA request online, at www.uscis.gov. Click on "FOIA Request Status Check" located on the left side of the web page under "Other Services", and follow the instructions.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Please include the control number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to (816) 350-5785. You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations