

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 13, 2018

BY ECF
The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

> Re:     *Nat'l Immigration Project v. U.S. Dep't of Homeland*, No. 18 Civ. 659 (RA)

Dear Judge Abrams:

    I write respectfully on behalf of Defendants in the above-referenced case. During the conference on March 9, 2018, the Court requested an update by today concerning whether the parties have reached agreement on what records Defendants will prioritize for processing in response to Plaintiffs' Freedom of Information Act requests. Yesterday afternoon, at 4:22 PM, Plaintiffs sent an email requesting that Defendants the Department of Homeland Security ("DHS"), the Department of State ("State"), and U.S. Customs & Immigration Services ("CIS") prioritize the records of certain custodians for processing. Plaintiffs did not propose that Defendant U.S. Immigration & Customs Enforcement prioritize any particular records. State has agreed to prioritize the custodians Plaintiffs identified. CIS cannot respond to Plaintiffs' proposal today because key personnel are not at work, but expects to provide a response within days. DHS is investigating the logistics of prioritizing documents from certain custodians within the software that it uses for review and processing, and likely needs a further opportunity to discuss the issue with Plaintiffs before it can reach agreement.

    We thank the Court for considering this letter.

        Respectfully,

        GEOFFREY S. BERMAN
        United States Attorney

By:     */s/ Caleb Hayes-Deats*
        CALEB HAYES-DEATS
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, NY 10007
        Tel: (212) 637-2699

cc:    Nancy Morawetz
        Jessica Rofé
        Fatima Carrillo, Legal Intern
        Nora Searle, Legal Intern
        Kevin Siegel, Legal Intern
        Sarah Thompson, Legal Intern
        Washington Square Legal Services, Inc.
        Immigrant Rights Clinic
        245 Sullivan Street, 5th Floor
        New York, NY 10012
        *for Plaintiffs*

2