

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 16, 2018

BY ECF
The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

      Re:     *Nat'l Immigration Project v. U.S. Dep't of Homeland*, No. 18 Civ. 659 (RA)

Dear Judge Abrams:

      In accordance with Your Honor's Individual Rules, I write respectfully on behalf of Defendants in the above-referenced case to request that the Court allow Defendants to submit a six-page letter addressing the schedule the Court should enter for Defendants' processing of information that is potentially responsive to Plaintiffs' Freedom of Information Act requests. Plaintiffs do not oppose this request, and Defendants will consent to Plaintiffs' submission of a six-page letter in response. The additional page is necessary to fully apprise the Court of the facts relevant to Defendants' application.

      We thank the Court for considering this letter.

      Respectfully,

      GEOFFREY S. BERMAN
      United States Attorney

By:     */s/ Caleb Hayes-Deats*
      CALEB HAYES-DEATS
      Assistant United States Attorneys
      86 Chambers Street, 3rd Floor
      New York, NY 10007
      Tel: (212) 637-2699

cc:    Nancy Morawetz
Jessica Rofé
Fatima Carrillo, Legal Intern
Nora Searle, Legal Intern
Kevin Siegel, Legal Intern
Sarah Thompson, Legal Intern
Washington Square Legal Services, Inc.
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, NY 10012
*for Plaintiffs*

2