## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD et al., <br><br> Plaintiffs, <br><br> -v- <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | No. 18 Civ. 659 (RA) |

## DECLARATION OF JILL A. EGGLESTON

I, JILL A. EGGLESTON, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury:

1. I am the Associate Center Director in the Freedom of Information and Privacy ("FOIA/PA") Unit, National Records Center ("NRC"), United States Citizenship and Immigration Services ("USCIS"), within the United States Department of Homeland Security ("DHS"), in Lee's Summit, Missouri. I have held the position of Associate Center Director since February 4, 2008. Prior to joining USCIS, I served for 19 ½ years as Associate General Counsel for the Defense Finance and Accounting Service ("DFAS") of the U.S. Department of Defense ("DoD"). As part of my duties with DFAS, among other things, I provided legal advice to the agency on the release of information sought under the FOIA and PA.

2. As Chief FOIA Officer for USCIS, I supervise 208 information access professionals at the NRC who are responsible for the orderly processing of all public, congressional, judicial, and inter-/intra-agency requests or demands for access to USCIS records and information pursuant to FOIA, Privacy Act, Executive Orders, departmental directives, regulations and compulsory legal process.

3. Through the exercise of my official duties as Associate Center Director, I am personally familiar with USCIS's standard process for responding to FOIA requests, including search procedures for locating agency records. More specifically, I am personally familiar with USCIS's procedures and actions taken in response to the FOIA request at issue. I was

1

responsible for overseeing and coordinating the search conducted by USCIS in response to this request.

4. This declaration is submitted in support of litigation in this matter. This declaration describes, generally, agency procedures for processing FOIA requests for access to agency records and, more specifically, discusses the agency response to Plaintiffs' FOIA request, as further explained, *infra*. The statements contained in this declaration are based on my personal knowledge, my review of relevant documents kept by USCIS in the course of ordinary business, and upon information provided to me by other USCIS employees in the course of my official duties.

## USCIS'S STANDARD FOIA OPERATING PROCEDURES

5. USCIS routinely and consistently processes FOIA and PA requests in compliance with DHS implementing regulations found at 6 C.F.R. Part 6 and Management Directive No. 0460.1, as follows:

   a. after determining the nature, scope and contours of a valid request, a preliminary search is conducted to locate potentially responsive records;

   b. because requests are generally processed by the NRC on a first-in/first-out basis, the request is logged in the approximate order of its receipt into a computerized case tracking retrieval system, which automatically assigns a control number and tracks the file created;

   c. an acknowledgement letter is contemporaneously mailed to the requester, advising of the control number, processing fee arrangement, processing options, and contact information, and addressing any collateral requests made by requester;

   d. during any abeyance in processing, periodic system inquiries are conducted to maintain updated information concerning the disposition of agency records that are subject to pending request;

   e. if relevant records are in the possession of an office or agency other than the responding office, a request for the production of the records is sent to the records' custodian(s) at that time;

    f.  during the course of processing, the request and any responsive records are subjected to rigorous analyses to arrive at the proper final agency determination; and finally;

    g.  the NRC sends its response to the requester, granting or denying, in whole or in part, access to requested records, and advising of any additional rights that may have vested in the requester by virtue of the final agency determination.

6.  In an effort to process FOIA requests in a manner designed to be fair and expeditious, USCIS has adopted a policy of processing such requests on a first-in/first-out basis. This process is further enhanced by the implementation of a regulation providing for expedited processing of requests under given circumstances, and the adoption of a multi-track system of processing which not only allows the agency to process requests on a first-in/first-out basis within each track, but also permits the USCIS to respond to relatively simple requests more quickly than requests involving complex and/or voluminous records. The NRC's first-in/first-out and multi-track processing protocol is consistent with the requirements set forth in *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

### THE NRC'S CURRENT WORKLOAD AND RESOURCES

7.  The NRC's FOIA processing procedures, as described herein, are necessary for the orderly processing of the voluminous FOIA requests USCIS receives. USCIS receives more FOIA requests than any other agency in the federal government. In fiscal year ("FY") 2015, USCIS received 162,986 FOIA requests, which represented 22.8% of the entire U.S. government's FOIA receipts.[1] In FY 2016, USCIS received 166,732 FOIA requests, which represented 21.1% of the government's total FOIA receipts in FY 2016.[2] Then in FY 2017, the number of FOIA requests submitted to USCIS spiked to 190,941,

---

[1] The U.S. government received 713,168 FOIA requests in FY 2015. *See Summary of Annual FOIA Reports for Fiscal Year 2015*, Office of Information Policy, U.S. Department of Justice; available online at https://www.justice.gov/oip/reports/fy_2015_annual_foia_report_summary/download.

[2] The government received 788,769 FOIA requests in FY 2016. *See Summary of Annual FOIA Reports for Fiscal Year 2016*, Office of Information Policy, U.S. Department of Justice; available online at https://www.justice.gov/oip/reports/fy_2016_annual_report_summary.pdf/download. The 166,732 FOIA requests received by USCIS in FY 2016 was a 2.24% increase from the previous year.

3

which represented 23.3% of the total government's FOIA receipts in FY 2017.[3] This was a 12.6% increase in USCIS FOIA receipts from the previous year.

8. USCIS is on track to receive a record number of FOIA requests in FY 2018. Based on historic FOIA receipt trends, current projections show up to 207,273 FOIA requests will be submitted to USCIS in FY 2018 and processed by its FOIA staff at the NRC. This would represent an 8.55% increase in the number of FOIA requests received compared to FY 2017.

9. The NRC FOIA division's 208 employees process FOIA requests in addition to handling the other duties described above in paragraph 2. These 208 employees are tasked with processing FOIA requests in order of priority and producing non-exempt records in a timely fashion. Most FOIA requests received at the NRC are seeking access to individuals' immigration records (alien or A-file records).[4]

10. Requests like Plaintiffs, which seek non-A-file material, are handled by the NRC's Significant Interests Group ("SIG"), which is composed of senior level, highly experienced FOIA processors. Currently there are six processors assigned to the SIG team, plus a supervisor. Each SIG processor is currently handling approximately 100 complex, non-A-file FOIA requests that are similar in breadth and scope to Plaintiffs' request. The SIG team is in the process of adding at least two additional staff members due to the increasing number of non-A-file requests being submitted to the NRC.

11. The NRC currently has 42 vacancies in its FOIA division, which includes 23 new positions recently authorized by USCIS for FOIA staff enhancements at the NRC. As a result of the massive and increasing volume of FOIA requests processed by the NRC—up to 17,272 new FOIA requests received per month in FY 2018—the NRC triages its

---

[3] The government received a record 818,271 FOIA requests in FY 2017. *See Fiscal Year 2017 FOIA Data*, Office of Information Policy, U.S. Department of Justice; posted on March 9, 2018, and available online at https://www.justice.gov/oip/blog/fiscal-year-2017-foia-data-available-now-foiagov.

[4] An alien, or A-file, is the official government record that contains information regarding transactions involving an individual as he/she passes through the U.S. immigration and inspection process. *See* 76 Fed. Reg. 34233 (June 13, 2011).

resources and processes requests in the order they are received.[5] Processing any one particular case out of order generally delays a response in other, earlier received FOIA requests.

12. USCIS currently has 40 FOIA cases in litigation across the country. In 5 cases, the parties agreed to a records processing schedule that was court filed in either a Joint Status Report or Stipulation. NRC FOIA staff are responsible for litigation records productions, which affects their ability to timely process other FOIA requests in an orderly fashion.

## **PROCESSING OF PLAINTIFFS' FOIA REQUEST**

13. On November 30, 2017, the NRC received a FOIA request submitted by Plaintiffs National Immigration Project of the National Lawyers Guild and Margaret Satterthwaite ("Plaintiffs"). Plaintiffs' FOIA request sought access to USCIS records pertaining to "the decision to terminate the Temporary Protected Status (TPS) for Haiti under § 244(b)(3) of the Immigration and Nationality Act (INA)." The request contained an itemized list describing nineteen categories of agency records related to TPS for Haitian nationals.

14. Plaintiff's request was assigned NRC control number COW2017001456. NRC staff acknowledged Plaintiffs' request with a letter dated December 14, 2017. Due to the complexity and breadth of Plaintiffs' FOIA request, the NRC placed it in its two-track system utilized to process FOIA requests for non-Alien file material and it was assigned to Track Two, the complex FOIA processing track used by the NRC when processing time is impacted by the sensitivity of the records sought, the volume of records, and extent of the review process.[6]

---

[5] USCIS saw its FOIA backlog increase from 16,247 in FY 2015 to 35,763 in FY 2016. However, additional FOIA staff were subsequently hired and more staff have been authorized, *see supra* ¶ 11. Despite the record increase of 12.6% in FOIA receipts in FY 2017 discussed above, the FOIA backlog only increased slightly to 37,887. USCIS managed to keep its FOIA backlog in check by processing a record number of FOIA requests in FY 2017. 189,735 FOIA requests were processed and closed in FY 2017, which represents a 30.4% increase in FOIA requests processed from FY 2016, in which 145,470 USCIS FOIA requests were processed and closed. USCIS managed to keep its FOIA backlog from ballooning due to increases in FOIA staff and productivity and entering a contract with a private vendor to provide 33 contract FOIA processors solely devoted to processing backlogged FOIA requests. The backlog contract requires the vendor to process at least 30,000 backlogged FOIA requests by March 18, 2019. Although USCIS projects receiving nearly 210,000 FOIA requests in FY 2018, when the additional staff are hired and trained, coupled with the work of the FOIA backlog contractors, USCIS anticipates further reducing its backlog of pending FOIA requests.

[6] *See Check Status of FOIA Request*, USCIS website, accessed March 13, 2018, and available online at https://www.uscis.gov/about-us/freedom-information-and-privacy-act-foia/foia-request-status-check-average-

15. NRC staff commenced a records search on December 14, 2017. Because no central USCIS file or records system contains all responsive records, NRC staff identified a variety of USCIS Program Offices across the agency that they reasonably believed could possess responsive records. NRC staff tasked USCIS Program Offices—specifically, Refugee, Asylum and International Operations ("RAIO"), Executive Secretariat ("EXSO" or Director's Office), Office of Policy and Strategy ("OPS"), Field Operations Directorate ("FOD"), and Service Center Operations ("SCOPS")—with searching for potentially responsive records. Responsive records, when located, are forwarded to USCIS FOIA staff at the NRC for further review, processing and production, as appropriate. USCIS's Office of Information Technology ("OIT") has been tasked with assisting NRC FOIA staff in obtaining email and archived email records that may be responsive to this request.

16. USCIS currently cannot estimate the number of responsive records that will be located through these searches, which are ongoing. NRC FOIA staff are currently in the process of reviewing a large volume of records that have been received from some USCIS Program Offices to determine, as an initial matter, how many are in fact responsive to Plaintiffs FOIA request. USCIS can commit to processing 300 to 500 pages of records each month starting on April 30, 2018, and every thirty days thereafter until all responsive records have been reviewed and processed.

## PLAINTIFFS' PROPOSED SCHEDULE

17. Plaintiffs' proposed schedule of 2,000 pages per week is not practicable for USCIS in light of USCIS's limited resources and the recent increase in FOIA requests.

18. USCIS cannot meet Plaintiffs' proposed schedule without reassigning a significant number of FOIA processors to this case. To meet an accelerated production schedule and process Plaintiffs' request ahead of other, similarly complex FOIA requests, at least half of the SIG team would have to be reassigned just to process Plaintiffs' request. Such reassignment would cause USCIS's backlog to increase, delaying responses to other

---

processing-times/check-status-foia-request. Under NRC's first-in, first out processing protocol, 443 complex, non-Alien file FOIA requests were received at the NRC and were in process before Plaintiffs submitted their FOIA request to USCIS.

6

requesters, including requesters who filed their requests before Plaintiffs. The requesters whose responses are delayed may file a lawsuit under FOIA, compounding the burden that USCIS faces.

19. Moreover, all responsive records have to undergo an involved intra and interagency review process before they are provided to Plaintiffs. All responsive records are reviewed by NRC staff and supervisors, then sent to the DHS Office of Privacy for deconfliction and further review, and finally forwarded to Department of Justice officials for review before they are provided to Plaintiffs. Plaintiffs' proposed schedule does not allow sufficient time for the completion of this process.

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Executed in Lee's Summit, Missouri, on this 16th day of March 2018.

JILL A. EGGLESTON
Associate Center Director
Freedom of Information Act and Privacy Act Unit
USCIS National Records Center