

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 19, 2018

BY ECF
The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

      Re:    *Nat'l Immigration Project v. U.S. Dep't of Homeland Sec.*, No. 18 Civ. 659 (RA)

Dear Judge Abrams:

      I write respectfully on behalf of Defendant the Department of Homeland Security ("DHS") in the above-referenced case. After James Holzer executed his declaration of March 14, 2018, DHS noticed two, non-substantive errors in the information provided. First, paragraphs twelve and seventeen described sixteen separate litigations in which DHS is facilitating document productions. *See* Dkt. No. 45-1 ¶¶ 12, 17. The correct number is fifteen, rather than sixteen. Second, in paragraph eleven, DHS inadvertently provided the percentage of backlogged Freedom of Information Act requests that it has categorized as complex, rather than the percentage of complex requests DHS's Privacy Office has received in fiscal year 2018. *Id.* ¶ 11. DHS's Privacy Office has categorized 33% of the requests it has received in fiscal year 2018 as complex. We apologize for these errors. The errors do not, however, affect any of the arguments advanced in Defendants' letter of March 16, 2018. *See* Dkt. No. 45.

      I have attached a corrected declaration from Mr. Holzer. We thank the Court for considering this letter.

              Respectfully,

              GEOFFREY S. BERMAN
              United States Attorney

    By:   */s/ Caleb Hayes-Deats*
          CALEB HAYES-DEATS
          Assistant United States Attorneys
          86 Chambers Street, 3rd Floor
          New York, NY 10007
          Tel: (212) 637-2699

cc:    Nancy Morawetz
       Jessica Rofé
       Fatima Carrillo, Legal Intern
       Nora Searle, Legal Intern
       Kevin Siegel, Legal Intern
       Sarah Thompson, Legal Intern
       Washington Square Legal Services, Inc.
       Immigrant Rights Clinic
       245 Sullivan Street, 5th Floor
       New York, NY 10012
       *for Plaintiffs*