# EXHIBIT 1



**TPS CONSIDERATIONS: HAITI (OCTOBER 2017)**
**NATURAL DISASTER**

**BACKGROUND & OVERVIEW**

The January 12, 2010 earthquake that struck Haiti caused extensive damage to the country's physical infrastructure and public health, agricultural, housing, transportation, and educational facilities.  Haitian government estimates of the death toll caused by the earthquake have ranged from 230,000 to as high as 316,000 people, though the accuracy of differing estimates is in dispute.[1]  Estimates of people internally displaced range from approximately 1.5 million[2] to 2.3 million[3] at the peak of displacement.

Although some progress regarding reconstruction and recovery has been made in a variety of sectors, billions of dollars in pledged foreign assistance never materialized, and the pace and scope of Haiti's recovery has been uneven.[4]  Many of the conditions prompting the original January 2010 TPS designation persist, and the country remains vulnerable to external shocks and internal fragility.  Haiti has also experienced various setbacks that have impeded its recovery, including a cholera epidemic and the impact of Hurricane Matthew—the latter of which struck Haiti in October 2016 and "severely worsened the pre-existing humanitarian situation" in the country.[5]  As of August 2017, Haiti "continues to be affected by a convergence of humanitarian needs,"[6] including food insecurity, internal displacement, an influx of returnees from the Dominican Republic, the persistence of cholera, and the lingering impact of various natural disasters.[7]  Moreover, Haiti's recovery has also been impacted by a series of other challenges

---

[1] O'Conner, Maura R., Two Years Later, Haitian Earthquake Death Toll in Dispute, Columbia Journalism Review, Jan. 12, 2012.

[2] Status of Post-Earthquake Recovery and Development Efforts in Haiti (December 2014), U.S. Department of State, Dec. 2014.

[3] Key Statistics, Office of the Secretary-General's Special Adviser on Community-Based Medicine & Lessons from Haiti, United Nations, 2012.

[4] US Gives Haitian Immigrants 6-month TPS Extension, Voice of America News, May 22, 2017; Charles, Jacqueline, Senate Democrats to Trump administration: Let Haitians stay, Miami Herald, Apr. 27, 2017.

[5] Haiti: Humanitarian Snapshot (June 2017), United Nations Office of the Coordination of Humanitarian Affairs (UNOCHA), Jul. 4. 2017.

[6] Haiti - Humanitarian Situation Report - August 2017, United Nations Children's Fund (UNICEF), p.1, Aug. 2017.

[7] Haiti: Humanitarian Snapshot (June 2017), United Nations Office of the Coordination of Humanitarian Affairs (UNOCHA), Jul. 4. 2017; Haiti Humanitarian Bulletin - Issue 64 | May 2017, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), p.5, Jun. 11, 2017.

DHS000038

TPS Considerations: Haiti
Page 2


==highlight==related to housing, healthcare, economic growth, political instability, security, and environmental concerns.==

## HOUSING SHORTAGE & INTERNAL DISPLACEMENT

Even before the 2010 earthquake, Haiti faced a substantial national housing deficit, estimated at 700,000 housing units.[8]  With an estimated $2.3 billion in damages—approximately 40% of the total—housing was the sector most impacted by the earthquake.[9]  The Haitian government estimated that 105,000 houses were destroyed and 188,383 houses collapsed or suffered considerable damage.[10]  The International Organization for Migration (IOM) claimed that 1.5 million Haitians were internally displaced and moved into internally displaced person (IDP) camps and other temporary sites following the disaster.[11]

While the number of IDP camps/sites and displaced individuals from the 2010 earthquake have significantly declined, Haiti still faces considerable obstacles related to housing.  According to data from the International Organization for Migration (IOM), from July 2010 to June 2017, there has been a net decrease in displacement by 97 percent, and 98 percent of sites have closed.[12]  However, as IOM reported in June 2017, "Camp closures, relocation and rental subsidy programs began decreasing substantially in March 2015, a trend which continues today."[13]  According to Amnesty International, many individuals who have left the IDP camps/sites have reportedly "moved back to unsafe houses or started building or reconstructing their houses, in most cases with no assistance or guidance, and often in informal settlements located in hazardous areas."[14]  Amnesty International has also claimed that over 60,000 IDPs have been forcibly evicted from camps since 2010 by private landowners, often with the assistance or implicit support of Haitian authorities.[15]

As of June 2017, around 37,867 IDPs (9,347 households) were still living in 27 camps.[16]  According to IOM, the number of organizations providing assistance to IDPs has declined in

---

[8] Ten facts about Haiti's housing crisis, Amnesty International, Jan. 12, 2015, https://www.amnesty.org/en/articles/news/2015/01/ten-facts-about-haiti-s-housing-crisis/, (last visited Aug. 16, 2017).

[9] Ten facts about Haiti's housing crisis, Amnesty International, Jan. 12, 2015, https://www.amnesty.org/en/articles/news/2015/01/ten-facts-about-haiti-s-housing-crisis/, (last visited Aug. 16, 2017).

[10] Key Statistics, Office of the Secretary-General's Special Adviser on Community-Based Medicine & Lessons from Haiti, United Nations, 2012.

[11] Five Years After 2010 Earthquake, Thousands of Haitians Remain Displaced, International Organization for Migration, Jan. 9, 2015, https://www.iom.int/news/five-years-after-2010-earthquake-thousands-haitians-remain-displaced, (last visited Aug. 16, 2017).

[12] IOM Haiti – DTM Report – June 2017, International Organization for Migration, p.5, June 2017.

[13] IOM Haiti – DTM Report – June 2017, International Organization for Migration, p.5, June 2017.

[14] Haiti: internal displacement, forced evictions, statelessness - the catalogue to violations continue, Amnesty International, p.6, Mar. 31, 2016.

[15] "15 Minutes to Leave": Denial of the Right to Adequate Housing in Post-Quake Haiti, Amnesty International, p.9, 21, Jan. 2015; Haiti: internal displacement, forced evictions, statelessness - the catalogue to violations continue, Amnesty International, p.6, Mar. 31, 2016.

[16] IOM Haiti – DTM Report – June 2017, International Organization for Migration, p.5, June 2017.

TPS Considerations: Haiti
Page 3

recent years, and "living conditions in the camps are precarious and access to basic services remains a major challenge for the displaced population."[17]  A vast majority of the aforementioned individuals still living in camps/sites "are currently not targeted by partners for durable solutions."[18]

In October 2016, Hurricane Matthew impacted over 236,000 homes—"of which 44% were destroyed and 42% severely damaged"[19]—and displaced approximately 175,000 people in Haiti.[20]  In areas most affected by the storm, approximately 90% of homes were destroyed.[21]  IOM reported in June 2017 that 3,597 individuals were living in 48 displacement sites due to the impact of Hurricane Matthew and spring flooding in Grande' Anse and Sud departments[22].[23]

While post-earthquake IDP camps are closing, Haiti's housing shortage remains far from resolved.  The 2010 earthquake exacerbated the country's pre-existing shortage of adequate and affordable housing.[24]  The Government of Haiti has estimated that the country will need as many as 500,000 additional housing units over the next 10 years to make up for its shortage prior to the earthquake, to replace housing lost as a result of damage from the disaster, and to accommodate projected urban growth.[25]

## CHOLERA EPIDEMIC & HEALTHCARE

Haiti's longstanding public health challenges were exacerbated by the January 2010 earthquake and an ongoing cholera epidemic that started in October 2010.[26]  According to the U.S. Agency for International Development (USAID), "even before the 2010 earthquake, Haiti's healthcare system was not able to respond to the needs for basic healthcare services."[27]  The 2010 earthquake significantly impacted Haiti's health sector, destroying 50 health centers, the Ministry of Health, and part of the country's primary teaching hospital.[28]  Damages from both the 2010 earthquake and Hurricane Matthew in October 2016—the latter of which affected 99

---

[17] IOM Haiti – DTM Report – June 2017, International Organization for Migration, p.6, June 2017.

[18] IOM Haiti – DTM Report – June 2017, International Organization for Migration, p.5, June 2017.

[19] Haiti Humanitarian Bulletin - Issue 64 | May 2017, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), p.4, Jun. 11, 2017.

[20] Thomas, Alice, Two Steps Back: Haiti Still Reeling from Hurricane Matthew, Refugees International, p.4, April 2017.

[21] Thomas, Alice, Two Steps Back: Haiti Still Reeling from Hurricane Matthew, Refugees International, p.4, April 2017.

[22] Haiti is divided administratively into 10 departments.  See The World Factbook: Haiti, CIA, Jul. 27, 2017, https://www.cia.gov/library/publications/the-world-factbook/geos/ha.html, (last visited Aug. 17, 2017).

[23] IOM Haiti – DTM Report – June 2017, International Organization for Migration, p.8, June 2017.

[24] Haiti - Housing and Settlements Fact Sheet, U.S. Agency for International Development (USAID), p.1, Mar. 2017.

[25] Haiti - Housing and Settlements Fact Sheet, U.S. Agency for International Development (USAID), p.1, Mar. 2017.

[26] Haiti - Health Fact Sheet, U.S. Agency for International Development (USAID), p.1, Mar. 2017.

[27] Haiti – Health Infrastructure Fact Sheet, U.S. Agency for International Development (USAID), p.1, Mar. 2017.

[28] Haiti – Health Infrastructure Fact Sheet, U.S. Agency for International Development (USAID), p.1, Mar. 2017; Haiti - Health Fact Sheet, U.S. Agency for International Development (USAID), p.1, Mar. 2017.

DHS000040

TPS Considerations: Haiti
Page 4

health facilities[29]—"exacerbated an existing lack of adequate health infrastructure, such as health care and storage facilities, as well as access to electricity, clean water and sanitation systems."[30]

In June 2017, the United Nations Economic and Social Council reported that "Haiti has some of the worst health indicators in the world, which continue to stymie economic development."[31] Approximately 40 percent of the population lacks access to fundamental health and nutrition services.[32] Maternal and infant mortality rates are respectively three and five times higher than the regional averages,[33] and "only 45 percent of all children between the ages of 12 months and 23 months are fully vaccinated."[34] Public spending in the health sector is low, and the country has a limited number of health professionals and a deficit of health infrastructure.[35]

A cholera epidemic that began in October 2010—reportedly the largest such outbreak of cholera in recent history—remains ongoing and continues to place additional strains on Haiti's beleaguered public health system.[36] From October 2010 through June 2017, there have been an estimated 813,000 cases of cholera in Haiti, and 9,676 people have been killed by the disease (which was allegedly introduced by United Nations peacekeepers).[37]

While progress has been made in combatting cholera since the peak of the epidemic in 2011,[38] cholera has become endemic in Haiti, "with seasonal peaks regularly triggering emergency interventions."[39] In 2016, the number of suspected cholera cases increased, mainly due to a spike in suspected cases in areas affected by Hurricane Matthew in the aftermath of the storm.[40]

---

[29] Haiti: Hurricane Matthew Humanitarian Dashboard (as of Feb. 2017), United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), p.1, Mar. 3, 2017.

[30] Haiti - Health Fact Sheet, U.S. Agency for International Development (USAID), p.1, Mar. 2017.

[31] Report of the Ad Hoc Advisory Group on Haiti, United Nations Economic and Social Council, p.4, Jun. 29, 2017.

[32] Report of the Ad Hoc Advisory Group on Haiti, United Nations Economic and Social Council, p.4, Jun. 29, 2017.

[33] Better Spending, Better Care: A look at Haiti's Health Financing, The World Bank, http://www.worldbank.org/en/country/haiti/publication/better-spending-better-care-a-look-at-haitis-health-financing (last visited Aug. 21, 2017).

[34] Report of the Ad Hoc Advisory Group on Haiti, United Nations Economic and Social Council, p.4, Jun. 29, 2017.

[35] Haiti - Health Fact Sheet, U.S. Agency for International Development (USAID), p.1, Mar. 2017.

[36] Haiti - Health Fact Sheet, U.S. Agency for International Development (USAID), p.1, Mar. 2017; Lefevre, Adrienne, The Consequences of Contaminated Water, Centers for Disease Control and Prevention, Mar. 21, 2017, https://blogs.cdc.gov/global/2017/03/21/the-consequences-of-contaminated-water/ (last visited Aug. 21, 2017).

[37] Hurricane Matthew: '1.4 million need help in Haiti', Al Jazeera, Oct. 11, 2016; Partlow, Joshua, In the wake of Matthew, Haitian towns struggle with cholera, Washington Post, Oct. 9, 2016; Zavis, Alexandra, U.N. admits a role in deadly Haiti cholera epidemic, Los Angeles Times, Aug. 18, 2016; Yakupitiyage, Tharanga, UN "Profoundly Sorry" for Haiti Cholera Outbreak, Inter Press Service, Dec. 2, 2016; Haiti: Cholera figures (as of 30 June 2017), United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), Jul. 24, 2017.

[38] Fact Sheet: Cholera situation in Haiti, 1 January/15 April 2017, United Nations Country Team in Haiti, Apr. 27, 2017.

[39] Haiti: Fighting the Spread of Mosquito-Borne Diseases, Doctors Without Borders/Médicins Sans Frontières (MSF), Jul. 24, 2017, http://www.doctorswithoutborders.org/article/haiti-fighting-spread-mosquito-borne-diseases (last visited Aug. 21, 2017).

[40] New approach to cholera in Haiti – Report of the Secretary General, United Nations General Assembly, p.4, May 3, 2017.

DHS000041

TPS Considerations: Haiti
Page 5

While the number of suspected cases of cholera has declined since 2016,[41] Haiti nevertheless remains "extremely vulnerable" to the disease.[42]  According to the United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), cholera continues to impact Haiti due to a lack of funding for the country's National Plan for the Elimination of Cholera (PNEC), weak water and sanitation infrastructure, the lack of access to quality medical care, and high population density and mobility to urban areas.[43]

## ECONOMY

Haiti is the poorest country in the Western Hemisphere, with poverty, vulnerability to natural disasters, corruption, and low levels of education serving as significant obstacles to sustained economic development.[44]  Haiti's weak infrastructure and the difficulty of doing business limit investment, and the country remains vulnerable to damage from natural disasters and dependent on foreign aid or direct budget support for more than 20% of its annual budget.[45]  The 2010 earthquake caused $7.8 billion in damages and economic losses—"equivalent to more than 120 percent of Haiti's 2009 gross domestic product (GDP)"[46]—and destroyed an estimated 90 percent of buildings in Port-au-Prince, Haiti's capital, including hospitals, schools, physical infrastructure, and transportation facilities.[47]  Although Haiti's economy started to recover from the earthquake—with economic growth at 5.5% in 2011— GDP growth has slowed to 1.2% in 2015 and 1.4% in 2016 as a result of political uncertainty, drought, declining foreign aid, and currency depreciation.[48]  According to June 2017 data from the World Bank, Haiti's GDP growth is forecasted to further decline to 0.5% in 2017.[49]

While Haiti has made slight improvements in reducing poverty levels and increasing access to education and sanitation since 2000, a 2014 World Bank report noted that the "wealth generated in the country is largely inadequate to meet the needs of the people."[50]  According to the World Bank, "more than 6 million out of 10.4 million (59%) Haitians live under the national poverty line of US$ 2.42 per day and over 2.5 million (24%) live under the national extreme poverty line

---

[41] New approach to cholera in Haiti – Report of the Secretary General, United Nations General Assembly, p.4, May 3, 2017.
[42] Fact Sheet: Cholera situation in Haiti, 1 January/15 April 2017, UN Country Team in Haiti, Apr. 27, 2017.
[43] Haiti: Cholera figures (as of 30 June 2017), United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), Jul. 24, 2017.
[44] The World Factbook: Haiti, CIA, Jul. 27, 2017, https://www.cia.gov/library/publications/the-world-factbook/geos/ha.html, (last visited Aug. 17, 2017).
[45] The World Factbook: Haiti, CIA, Jul. 27, 2017, https://www.cia.gov/library/publications/the-world-factbook/geos/ha.html, (last visited Aug. 17, 2017).
[46] Key Statistics, Office of the Secretary-General's Special Adviser on Community-Based Medicine & Lessons from Haiti, United Nations, 2012.
[47] Haiti: Infrastructure, IHS Jane's Sentinel Security Assessment - Central America and the Caribbean, Aug. 15, 2017, http://janes.ihs.com/CentralAmericaCaribbean/Display/1302231 (last visited Aug. 25, 2017).
[48] The World Factbook: Haiti, CIA, Jul. 27, 2017, https://www.cia.gov/library/publications/the-world-factbook/geos/ha.html, (last visited Aug. 17, 2017); Global Economic Prospects: A Fragile Recovery, The World Bank Group, p.90, Jun. 2017.
[49] Global Economic Prospects: A Fragile Recovery, The World Bank Group, p.90, Jun. 2017.
[50] Poverty and Inclusion in Haiti: Social gains at timid pace, The World Bank Group, p.1-2, 2014.

TPS Considerations: Haiti
Page 6

of US$1.23 per day."[51]  An additional one million people are at risk of falling into poverty following an external shock, such as a natural disaster.[52]  An estimated 40% of Haitians are unemployed.[53]

According to the United Nations Economic and Social Council, Haiti "is highly dependent on remittances from its diaspora."[54]  Remittances—estimated at over $2 billion per year in 2015, including more than $1.3 billion from Haitians living in the United States[55]—are Haiti's "primary source of foreign exchange, equivalent to more than a quarter of GDP, and nearly double the combined value of Haitian exports and foreign direct investment."[56]  Moreover, remittances have also "helped to support education, health and the subsistence requirements" of Haiti's population.[57]

## GOVERNANCE & POLITICAL INSTABILITY

Per IHS Jane's, with its history of political instability, economic struggles, political violence, and pervasive human rights abuses, Haiti "has long been seen as a model of poor and corrupt governance."[58]  Even before the earthquake, the Haitian government "could not or would not deliver core functions to the majority of its people."[59]  The January 2010 earthquake had an immediate and significant impact on governance and the rule of law in Haiti, killing an estimated 18 percent of the country's civil service and destroying key government infrastructure, including the National Palace, the Parliament, 28 of 29 government ministry buildings, the Haitian National Police's headquarters, and various judicial facilities (including courts and correctional facilities).[60]

On April 19, 2017, Haitian President Jovenel Moïse announced a project to rebuild the National Palace, which was significantly damaged in the 2010 earthquake and subsequently demolished.[61]

---

[51] The World Bank in Haiti: Overview, The World Bank, Jul. 27, 2017, http://www.worldbank.org/en/country/haiti/overview#1 (last visited Aug. 18, 2017).
[52] Poverty and Inclusion in Haiti: Social gains at timid pace, The World Bank Group, p.4, 2014.
[53] Haiti - Economic Growth & Agricultural Development Fact Sheet, U.S. Agency for International Development (USAID), Mar. 2017.
[54] Report of the Ad Hoc Advisory Group on Haiti, United Nations Economic and Social Council, p.8, Jun. 29, 2017.
[55] Remittance Flows Worldwide in 2015, Pew Research Center, Aug. 31, 2016, http://www.pewglobal.org/interactives/remittance-map/ (last visited Aug. 17, 2017).
[56] The World Factbook: Haiti, CIA, Jul. 27, 2017, https://www.cia.gov/library/publications/the-world-factbook/geos/ha.html, (last visited Aug. 17, 2017).
[57] Report of the Ad Hoc Advisory Group on Haiti, United Nations Economic and Social Council, p.8, Jun. 29, 2017.
[58] Haiti: Executive Summary, IHS Jane's Sentinel Security Assessment - Central America and the Caribbean, Aug. 15, 2017, http://janes.ihs.com/Janes/Display/haits010-cac (last visited Aug. 25, 2017).
[59] Haiti - Democracy, Human Rights & Governance Fact Sheet. U.S. Agency of International Development (USAID), p.1, Mar. 2016.
[60] Haiti: Democracy, Human Rights, and Governance, U.S. Agency for International Development (USAID), Jul.24, 2017, https://www.usaid.gov/where-we-work/latin-american-and-caribbean/haiti/democracy-human-rights-and-governance (last visited Aug. 22, 2017).
[61] Haiti to rebuild National Palace toppled in 2010 quake, AFP, Apr. 20, 2017; McFadden, David, Haiti to rebuild National Palace smashed in 2010 earthquake, Associated Press, Apr. 19, 2017.

DHS000043

TPS Considerations: Haiti
Page 7

Moïse stated that he would like for construction to start before the end of 2017.[62]  President Moïse also pledged that the Parliament and the Palace of Justice would be rebuilt during his five-year term in office.[63]  In August 2017, IHS Jane's reported that, among the public buildings destroyed by the earthquake, only the Supreme Court of Justice had been reconstructed and was operational in 2017.[64]  In October 2017, the Haitian government launched an international architecture competition for proposals to rebuild the National Palace.[65]

In June 2016, the October 2015 presidential election results were annulled, and new elections were scheduled for October 2016—yet were subsequently postponed due to the impact of Hurricane Matthew.[66]  On November 20, 2016, Jovenel Moïse, a banana plantation owner, was elected president with enough votes to avoid a run-off.[67]  Moïse was officially declared the winner of Haiti's presidential election on January 4, 2017,[68] and was sworn in on February 7.[69]  On January 29, 2017, Haiti held elections for eight senators and one seat in the lower chamber of congress.[70]  Nationwide municipal elections were also held on this date for the first time since December 5, 2006.[71]

While Haiti successfully completed its electoral process in February 2017 after two years of contested results and political crises, its new government faces various challenges to promote recovery and reconstruction.[72]  According to USAID, although Haiti possesses "the formal structures of a democracy, many of these have yet to become fully functional."[73]  Haiti's state institutions lack sufficient resources, and "provide limited services to only a small percentage of the population."[74]  In late June 2017, the United Nations Economic and Social Council reported that, while Haiti's new government has expressed a desire to improve the country's political and socioeconomic situation, "it is also clear that the Government has limited capacity to ensure a

---

[62] Haiti to rebuild National Palace toppled in 2010 quake, AFP, Apr. 20, 2017.

[63] McFadden, David, Haiti to rebuild National Palace smashed in 2010 earthquake, Associated Press, Apr. 19, 2017.

[64] Haiti: Infrastructure, IHS Jane's Sentinel Security Assessment - Central America and the Caribbean, Aug. 15, 2017, http://janes.ihs.com/CentralAmericaCaribbean/Display/1302231 (last visited Aug. 25, 2017).

[65] Fulcher, Merlin, Competition: National Palace, Haiti, The Architects' Journal, Oct. 10, 2017, https://www.architectsjournal.co.uk/competitions/competition-national-palace-haiti/10024240.article (last visited Oct. 12, 2017); Haiti - FLASH : Architecture Competition for the Reconstruction of the National Palace, Haiti Libre, Oct. 4, 2017.

[66] Domonoske, Camila, 14 Months After Elections Began, Haiti Finally Has A President-Elect, NPR, Jan. 4, 2017.

[67] Charles, Jacqueline, Banana farmer wins Haiti presidency, according to preliminary results, Miami Herald, Nov. 28, 2016.

[68] Haiti: Jovenel Moise confirmed winner of presidential election, BBC News, Jan. 4, 2017.

[69] Businessman Jovenel Moise Sworn In as Haiti's President, Voice of America News, Feb. 7, 2017.

[70] Low turnout in Haiti's local elections, AFP, Jan. 29, 2017.

[71] McFadden, David, Haiti holds final round of election cycle started in 2015, Associated Press, Jan. 29, 2017; Charles, Jacqueline, Haiti election cycle nears end with Sunday vote and more than 5,000 seats up for grabs, Miami Herald, Jan. 27, 2017.

[72] Report of the Ad Hoc Advisory Group on Haiti, United Nations Economic and Social Council, p.7, Jun. 29, 2017.

[73] Haiti - Democracy, Human Rights & Governance Fact Sheet. U.S. Agency of International Development (USAID), p.1, Mar. 2017.

[74] Haiti - Democracy, Human Rights & Governance Fact Sheet. U.S. Agency of International Development (USAID), p.1, Mar. 2017.

DHS000044

TPS Considerations: Haiti
Page 8

public administration system that can effectively guarantee the rule of law and a functioning justice system, promote the fight against corruption and effectively protect human rights."[75]

In early October 2017, the *Miami Herald* reported that, "in recent weeks, Haiti has been engulfed in protests over tax hikes, with massive and sometimes violent street demonstrations."[76] Anti-government protests erupted in mid-September after the Haitian parliament approved the government budget, which opponents have argued contains tax increases that would hurt impoverished families. [77] Multiple demonstrations have occurred since mid-September, and the protests have spread from Port-au-Prince to other areas of the country.[78] Some of the protests have become violent, with demonstrators reportedly throwing rocks, damaging property, blocking traffic, and burning cars and tires, and the Haitian police responding to the unrest by firing tear gas and water at protesters.[79] At least two people have been killed and others have been injured during the demonstrations.[80]

## SECURITY

By creating new security vulnerabilities and stimulating an increase in crime, the 2010 earthquake had a deleterious impact on public security in Haiti.[81] The escape of thousands of prisoners and the diffusion of gangs throughout Port-au-Prince in the aftermath of the earthquake overwhelmed Haiti's historically weak justice system and police.[82] An overall climate of insecurity in IDP camps left many IDPs vulnerable to violence and crime, including gender-based violence, theft, and domestic violence.[83] Violence against women reportedly increased in the aftermath of the earthquake.[84]

---

[75] Report of the Ad Hoc Advisory Group on Haiti, United Nations Economic and Social Council, p.4-5, Jun. 29, 2017.

[76] Charles, Jacqueline, Haiti requests 18-month TPS extension from Trump administration, The Miami Herald, Oct. 9, 2017.

[77] Violence erupts at budget opposition protest in Haiti, Agence France-Presse (AFP), Sep. 30, 2017; HAITI: Budget proves contentious, LatinNews, Regional Report: Caribbean & Central America, Oct. 2017; Charles, Jacqueline, Violent protest erupt in Haiti over budget passed on the eve of Hurricane Irma, The Miami Herald, Sep. 12, 2017.

[78] Violence erupts at budget opposition protest in Haiti, Agence France-Presse (AFP), Sep. 30, 2017; HAITI: Budget proves contentious, LatinNews, Regional Report: Caribbean & Central America, Oct. 2017; Charles, Jacqueline, Violent protest erupt in Haiti over budget passed on the eve of Hurricane Irma, The Miami Herald, Sep. 12, 2017.

[79] Violence erupts at budget opposition protest in Haiti, Agence France-Presse (AFP), Sep. 30, 2017; HAITI: Budget proves contentious, LatinNews, Regional Report: Caribbean & Central America, Oct. 2017; Charles, Jacqueline, Violent protest erupt in Haiti over budget passed on the eve of Hurricane Irma, The Miami Herald, Sep. 12, 2017.

[80] Violence erupts at budget opposition protest in Haiti, Agence France-Presse (AFP), Sep. 30, 2017; HAITI: Budget proves contentious, LatinNews, Regional Report: Caribbean & Central America, Oct. 2017; Charles, Jacqueline, Violent protest erupt in Haiti over budget passed on the eve of Hurricane Irma, The Miami Herald, Sep. 12, 2017.

[81] Berg, Louis-Alexandre, Crime, Politics and Violence in Post-Earthquake Haiti, United States Institute of Peace, p.1-2, Sep. 28, 2010.

[82] Berg, Louis-Alexandre, Crime, Politics and Violence in Post-Earthquake Haiti, United States Institute of Peace, p.1-2, Sep. 28, 2010.

[83] Berg, Louis-Alexandre, Crime, Politics and Violence in Post-Earthquake Haiti, United States Institute of Peace, p.1-2, Sep. 28, 2010.

[84] Haiti: Violence against women, including sexual violence; state protection and support services (2012-June 2016), Canada: Immigration and Refugee Board of Canada, Dec. 15, 2016 .

DHS000045

TPS Considerations: Haiti
Page 9

Crime rates in Haiti are high, and the general security situation is "unpredictable."[85]  The U.S. Department of State's Bureau of Diplomatic Security has reported that homicide, armed robberies, and crimes against persons (including gender-based violence) are major concerns.[86] Demonstrations, roadblocks, and political rallies regularly occur, and have at times led to violent incidents.[87]  Violence against women is reportedly widespread, and has been characterized as a chronic or systemic problem.[88]  Impunity levels are high, and the capacity of Haiti's police force is "relatively low."[89]  In general, Haitians "lack basic policing services," and criminals are reportedly able to operate without fear of the police.[90]

According to the U.S. Department of State, "rates of kidnapping, murder, and rape rose in 2016."[91]  The Government of the United Kingdom has reported that "crime levels have continued to increase in 2017."[92]  In July 2017, the United Nations Secretary General reported that, since his previous report in March 2017, "growing tensions linked to socioeconomic grievances notwithstanding, key indicators, including crime and civil protests, remained within historically established statistical parameters."[93]

## MINUSTAH

In 2004, the United Nations Stabilization Mission in Haiti (MINUSTAH) was established following a rebellion that led to the removal of President Jean-Bertrand Aristide and subsequent violence, including armed clashes, killings, and kidnappings.[94]  In the aftermath of the violence and the establishment of MINUSTAH, "uniformed U.N. troops provided the only real security" in Haiti for years.[95]  However, the Associated Press reported in March 2017 that, "these days, Haiti's police do most of the heavy lifting and the mood has changed."[96]

---

[85] Haiti – Safety and Security, Government of Canada, Jul. 21, 2017, https://travel.gc.ca/destinations/haiti (last visited Aug. 22, 2017); Haiti – Safety and Security, GOV.UK, https://www.gov.uk/foreign-travel-advice/haiti/safety-and-security (last visited Aug. 22, 2017).
[86] Haiti 2017 Crime & Safety Report, U.S. Department of State, Apr. 26, 2017.
[87] Haiti – Safety and Security, Government of Canada, Jul. 21, 2017, https://travel.gc.ca/destinations/haiti (last visited Aug. 22, 2017)
[88] Haiti: Violence against women, including sexual violence; state protection and support services (2012-June 2016), Canada: Immigration and Refugee Board of Canada, Dec. 15, 2016.
[89] Haiti: Executive Summary, IHS Jane's Sentinel Security Assessment - Central America and the Caribbean, Aug. 15, 2017, http://janes.ihs.com/Janes/Display/haits010-cac (last visited Aug. 25, 2017).
[90] Haiti 2017 Crime & Safety Report, U.S. Department of State, Apr. 26, 2017.
[91] Haiti Travel Warning, U.S. Department of State, May 22, 2017, https://travel.state.gov/content/passports/en/alertswarnings/haiti-travel-warning.html (last visited Aug. 22, 2017).
[92] Haiti – Safety and Security, GOV.UK, https://www.gov.uk/foreign-travel-advice/haiti/safety-and-security (last visited Aug. 22, 2017).
[93] Report of the Secretary-General on the United Nations Stabilization Mission in Haiti, United Nations Security Council, p.5, July 12, 2017.
[94] Haiti is Ready for UN Peacekeepers to Leave Soon, Associated Press, Mar. 9, 2017.
[95] Haiti is Ready for UN Peacekeepers to Leave Soon, Associated Press, Mar. 9, 2017.
[96] Haiti is Ready for UN Peacekeepers to Leave Soon, Associated Press, Mar. 9, 2017.

DHS000046

TPS Considerations: Haiti
Page 10

MINUSTAH's tenure in Haiti has been controversial.[97]  The *Los Angeles Times* has described the U.N. military presence in Haiti as "never really welcome,"[98] while some Haitians view the U.N. peacekeeping mission as "an occupying force," [99] or as an incursion into Haiti's sovereignty.[100] In March 2017, the Associated Press characterized the peacekeepers' tenure as "rocky," noting that they:

> have earned praise for boosting security, paving the way to elections and providing crucial support after disasters, particularly the devastating 2010 earthquake. But some troops have also been accused of excessive force, rape and abandoning babies they fathered.[101]

In addition, U.N. troops from Nepal are "widely blamed" for introducing cholera to the country,[102] with the source of cholera reportedly traced by scientists to a U.N. base.[103]  Moreover, some U.N. troops have reportedly been "implicated in a sexual abuse scandal, including a sex ring that exploited Haitian children."[104]

On April 13, 2017, the United Nations Security Council decided that MINUSTAH "would gradually draw down its military component during the next six months, finally withdrawing from Haiti by 15 October 2017."[105]  MINUSTAH will be replaced by the United Nations Mission for Justice Support in Haiti (MINUJUSTH), which will seek to "help the Haitian Government strengthen rule-of-law institutions, further develop and support the Haitian National Police and engage in human rights monitoring, reporting and analysis."[106]  MINUJUSTH will comprise up to seven Formed Police Units (FPU) consisting of 980 personnel, and 295 Individual Police Officers for an initial six month period from October 16, 2017 to April 15, 2018.[107]  In July 2017, the United Nations Secretary General reported that "the ongoing

---

[97] Simmons, Ann M., U.N. peacekeepers are leaving after more than two decades, but where does that leave Haiti?, Los Angeles Times, Apr. 17, 2017; Lederer, Edith, The U.N. Just Unanimously Voted to End Its Peacekeeping Mission in Haiti, Associated Press, Apr. 13, 2017.

[98] Simmons, Ann M., U.N. peacekeepers are leaving after more than two decades, but where does that leave Haiti?, Los Angeles Times, Apr. 17, 2017.

[99] Haiti is Ready for UN Peacekeepers to Leave Soon, Associated Press, Mar. 9, 2017.

[100] Simmons, Ann M., U.N. peacekeepers are leaving after more than two decades, but where does that leave Haiti?, Los Angeles Times, Apr. 17, 2017.

[101] Haiti is Ready for UN Peacekeepers to Leave Soon, Associated Press, Mar. 9, 2017.

[102] Charles, Jacqueline, A Haiti without U.N. peacekeepers? After almost 13 years, it may happen., Miami Herald, Feb. 14, 2017.

[103] Simmons, Ann M., U.N. peacekeepers are leaving after more than two decades, but where does that leave Haiti?, Los Angeles Times, Apr. 17, 2017.

[104] Simmons, Ann M., U.N. peacekeepers are leaving after more than two decades, but where does that leave Haiti?, Los Angeles Times, Apr. 17, 2017.

[105] Security Council decides UN Mission in Haiti will close by October; approves smaller follow-on operation, UN News Service, Apr. 13, 2017.

[106] In visit to Haiti, Security Council delegation to reaffirm support for country's stability and development, UN News Service, Jun. 23, 2017.

[107] Security Council decides UN Mission in Haiti will close by October; approves smaller follow-on operation, UN News Service, Apr. 13, 2017.

TPS Considerations: Haiti
Page 11

==withdrawal of the MINUSTAH military and police components…has not affected the overall security situation."[108]==

## FOOD SECURITY

Damage from the 2010 earthquake exacerbated Haiti's historic food security challenges.  The earthquake displaced over 600,000 people from urban to rural areas and caused significant damage to physical infrastructure; these factors contributed to a sharp decline in income and food availability, as well as an increase in the price of food in the aftermath of the earthquake.[109] While the international community provided emergency food assistance and support for the agricultural sector to help avert a post-earthquake food crisis, food insecurity has remained a significant challenge for Haiti.[110]   Haiti depends on imports to meet more than 50 percent of its food needs,[111] and is extremely vulnerable to fluctuations in global food prices.[112]  Chronic malnutrition impacts approximately half of Haiti's population.[113]

In recent years, food and nutritional security in Haiti have gradually deteriorated due to the impact of Tropical Storm Isaac and Hurricane Sandy in 2012 and three consecutive years of severe drought (exacerbated by *El Niño*).[114]  Hurricane Matthew also exacerbated food insecurity in Haiti.[115]  The impact of the hurricane caused an estimated $580 million in damages to the country's agricultural sector, and extensive damage to "crops, livestock and fisheries as well as to infrastructure such as irrigation – with the most affected areas having up to 100 percent crop damage or destruction."[116]  Approximately "428,000 farmers were decapitalized" and food

---

[108] Report of the Secretary-General on the United Nations Stabilization Mission in Haiti, United Nations Security Council, p.5, July 12, 2017.

[109] Special Report: FAO/WFP Crop and Food Security Assessment Mission to Haiti, Food and Agriculture Organization of the United Nations & The World Food Programme, Sep. 21, 2010, http://www.fao.org/docrep/012/ak353e/ak353e00.htm, (last visited Aug. 21, 2017).

[110] Haiti: six months on, agriculture needs more support, Food and Agriculture Organization of the United Nations, Jul. 15, 2010, http://www.fao.org/emergencies/fao-in-action/stories/stories-detail/en/c/147984/, (last visited Aug. 21, 2017); Haiti – Agriculture and Food Security Fact Sheet, U.S. Agency for International Development (USAID), p.1, Mar. 2017.

[111] Haiti – Agriculture and Food Security Fact Sheet, U.S. Agency for International Development (USAID), p.1, Mar. 2017.

[112] Food Assistance Fact Sheet – Haiti, U.S. Agency for International Development (USAID), Aug. 7, 2017.

[113] Report of the Ad Hoc Advisory Group on Haiti, United Nations Economic and Social Council, p.3, Jun. 29, 2017.

[114] ECHO Factsheet – Haiti – June 2016,  European Commission's Directorate-General for European Civil Protection and Humanitarian Aid Operations, Jun. 10, 2016; Food Assistance Fact Sheet – Haiti, U.S. Agency for International Development (USAID), Aug. 7, 2017; ECHO Factsheet – Haiti – May 2017, European Commission's Directorate-General for European Civil Protection and Humanitarian Aid Operations, May 2017, http://ec.europa.eu/echo/files/aid/countries/factsheets/haiti_en.pdf  (last visited Aug. 21, 2017)

[115] Haiti – Agriculture and Food Security Fact Sheet, U.S. Agency for International Development (USAID), p.1, Mar. 2017.

[116] Damages to agricultural sector in storm-hit Haiti estimated at $580 million – UN agency, UN News Centre, Nov. 23, 2016.

DHS000048

TPS Considerations: Haiti
Page 12

production infrastructure was significantly impacted by the storm.[117]  In August 2017, USAID reported that, "more than six months later, the storm's impact continues to drive elevated levels of food insecurity in the worst-affected communities."[118]  As of May 2017, approximately 5.82 million people were facing food insecurity in Haiti,[119] including 2.35 million people who "were severely food-insecure and in need of immediate assistance."[120]

## NATURAL DISASTERS & ENVIRONMENTAL CONCERNS

Due to its geographic location, weak infrastructure, and limited government resources, Haiti is particularly susceptible to natural disasters.[121]  Per the World Bank, Haiti has been impacted by natural disasters "almost every year since 1971, losing on average two percent of GDP every year due to hydrometeorological events."[122]  An estimated 98 percent of the Haitian population is exposed to two or more types of natural disasters.[123]  As a result of its exposure to natural hazards and the vulnerabilities of its population, Haiti "consistently ranks among the most vulnerable countries in the world to disasters and climate change."[124]  According to the 2017 Global Climate Risk Index, Haiti ranked as the third most affected country in the world by extreme weather events from 1996 to 2015; during this time, Haiti averaged $222 million in damages per year—equivalent to 1.49% of GDP on average.[125]

Located along the "hurricane belt,"[126] Haiti is regularly impacted by tropical storms and floods.[127]  Haiti suffered severe flooding in 2002, 2003, 2006, and 2007.[128]  During the 2008 hurricane season, Haiti was impacted by four storms "which killed more than 800 people and devastated nearly three-quarters of its agricultural land."[129]  In the fall of 2012, Hurricane Sandy

---

[117] Haiti Humanitarian Bulletin - Issue 64 | May 2017, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), p.4, Jun. 11, 2017.

[118] Food Assistance Fact Sheet – Haiti, U.S.Agency for International Development (USAID), Aug. 7, 2017.

[119] Haiti Humanitarian Bulletin - Issue 64 | May 2017, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), p.2, Jun. 11, 2017.

[120] Report of the Secretary-General on the United Nations Stabilization Mission in Haiti, United Nations Security Council, p.5, July 12, 2017.

[121] Five dead, 19 missing after Haiti rains, flooding – officials, Reuters, May 19, 2017.

[122] World Bank Supports Haiti's Post-Matthew Reconstruction, The World Bank, Jun. 8, 2017.

[123] Thomas, Alice, Two Steps Back: Haiti Still Reeling from Hurricane Matthew, Refugees International, p.4, April 2017.

[124] Thomas, Alice, Two Steps Back: Haiti Still Reeling from Hurricane Matthew, Refugees International, p.4-5, April 2017.

[125] Kreft, Sönke, Eckstein, David and Melchior, Inga, Global Climate Risk Index 2017, Germanwatch, p. 23, Nov. 2016.

[126] Thomas, Alice, Two Steps Back: Haiti Still Reeling from Hurricane Matthew, Refugees International, p.4, April 2017.

[127] Jones, Sam, Why is Haiti vulnerable to natural hazards and disasters?, The Guardian, Oct. 4, 2016.

[128] Jones, Sam, Why is Haiti vulnerable to natural hazards and disasters?, The Guardian, Oct. 4, 2016.

[129] Jones, Sam, Why is Haiti vulnerable to natural hazards and disasters?, The Guardian, Oct. 4, 2016.

DHS000049

TPS Considerations: Haiti
Page 13

affected 1.8 million Haitians; flooded, damaged, or destroyed 18,000 homes; damaged key infrastructure, including roads, hospitals, and schools; and killed 60 people.[130]

More recently, Haiti has been "grappling with a heavy rainy season" in 2017.[131]  The rainy season, which began in April, has resulted in:

> floods and landslides, damage to homes and destruction of harvests, especially in the departments of South, Grand'Anse and Nippes, which were the most affected departments by Hurricane Matthew. Erosion of roads have impacted access to several communes, especially in the South department.[132]

By late May, at least seven people had been killed and 15,000 households were in need of immediate humanitarian assistance.[133]  The rainy season coincides with hurricane season in Haiti, which typically lasts from June 1 to November 30.[134]  In June 2017, the United Nations Economic and Social Council reported that the Haitian government "has indicated that it does not have the capacity in terms of equipment and personnel to mitigate any disaster that may result" from the current hurricane season.[135]

On September 7, 2017, Hurricane Irma—a Category 5 hurricane—impacted northern Haiti (one of the poorest regions of the country),[136] with heavy rains, wind, and flooding causing "significant damages in the Nord-Est, Nord-Ouest, Nord, Artibonite and Centre departments."[137] The impact of Hurricane Irma led to the evacuation of over 12,500 people, left one person dead and another missing, and injured more than a dozen others.[138]  In addition, 4,903 homes were flooded, 2,646 were damaged, and 466 were destroyed.[139]  Hurricane Irma also caused extensive

---

[130] UN relief agency estimates 1.8 million Haitians have been affected by Hurricane Sandy, United Nations Office for the Coordination of Humanitarian Affairs, Nov. 2, 2012.

[131] Five dead, 19 missing after Haiti rains, flooding – officials, Reuters, May 19, 2017.

[132] Haiti - Humanitarian Situation Report - August 2017, United Nations Children's Fund (UNICEF), p.2, Aug. 2017.

[133] Haiti Humanitarian Bulletin - Issue 65 | June-July 2017, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), p.1, Aug. 17, 2017; Five dead, 19 missing after Haiti rains, flooding – officials, Reuters, May 19, 2017.

[134] Haiti - Humanitarian Situation Report - August 2017, United Nations Children's Fund (UNICEF), p.2, Aug. 2017.

[135] Report of the Ad Hoc Advisory Group on Haiti, United Nations Economic and Social Council, p.6, Jun. 29, 2017.

[136] Charles, Jacqueline, Irma mostly spared Haiti. But for struggling farmers, the damages are devastating, The Miami Herald, Sep. 9, 2017.

[137] ACT Alliance Rapid Response Fund No. 13/2017: Hurricane Irma in Haiti, ACT Alliance, Sep. 26, 2017.

[138] ACT Alliance Rapid Response Fund No. 13/2017: Hurricane Irma in Haiti, ACT Alliance, Sep. 26, 2017.

[139] ACT Alliance Rapid Response Fund No. 13/2017: Hurricane Irma in Haiti, ACT Alliance, Sep. 26, 2017.

DHS000050

TPS Considerations: Haiti
Page 14

damage to crops and livestock in affected areas,[140] with an estimated 18,000 families in northern Haiti losing their food crops due to the impact of the storm.[141]

Located along several major fault lines, Haiti has also been impacted by powerful earthquakes.[142] In 2016, Haiti suffered from its third consecutive year of drought, which was exacerbated by *El Niño*.[143]  Extensive deforestation exposes Haiti to and exacerbates flooding, mudslides, and soil erosion.[144]

**HURRICANE MATTHEW**

The strongest hurricane to strike the country in more than 50 years and the third strongest ever recorded in Haiti, Hurricane Matthew made landfall in southwestern Haiti as a Category 4 hurricane on October 4, 2016.[145]   With 145-mile-an-hour winds and torrential rains,[146] Hurricane Matthew "violently struck south-western Haiti…causing widespread damage, flooding and displacement."[147]  Heavy flooding occurred in the most affected departments, including Grand'Anse, South, Nippes and South East departments.[148]  Per UNOCHA, the impact of the hurricane occurred at a time when Haiti was "already facing an increase in the number of cholera cases and severe food insecurity and malnutrition."[149]

According to UNOCHA, Hurricane Matthew caused the greatest humanitarian crisis in Haiti since the 2010 earthquake.[150]  Hurricane Matthew affected 2.1 million people in Haiti; of this amount, 1.4 million were estimated to be in need of humanitarian assistance in the aftermath of

[140] After the Hurricane – an overview of the damage Irma and Maria left behind, International Federation of Red Cross And Red Crescent Societies, Sep. 22, 2017.

[141] Moloney, Anastasia, Floods leave Haitian farmers struggling in Irma's wake: U.N., Thomson Reuters Foundation, Sep. 13, 2017.

[142] Jones, Sam, Why is Haiti vulnerable to natural hazards and disasters?, The Guardian, Oct. 4, 2016; Thomas, Alice, Two Steps Back: Haiti Still Reeling from Hurricane Matthew, Refugees International, p.4, April 2017.

[143] Thomas, Alice, Two Steps Back: Haiti Still Reeling from Hurricane Matthew, Refugees International, p.4, April 2017; WFP Haiti - Country Brief, World Food Programme, p.2, May 2017.

[144] Thomas, Alice, Two Steps Back: Haiti Still Reeling from Hurricane Matthew, Refugees International, p.4, April 2017; Jones, Sam, Why is Haiti vulnerable to natural hazards and disasters?, The Guardian, Oct. 4, 2016.

[145] Hurricane Matthew: '1.4 million need help in Haiti', Al Jazeera, Oct. 11, 2016; Haiti: Hurricane Matthew Emergency Appeal n° MDRHT012, International Federation of Red Cross and Red Crescent Societies, p.1, Oct. 6, 2016; Thomas, Alice, Two Steps Back: Haiti Still Reeling from Hurricane Matthew, Refugees International, p.4, April 2017;

[146] Beaubien, Jason, How Many Houses Did Hurricane Leave Standing In Port Salut, Haiti?, NPR Morning Edition, Oct. 11, 2016; Guyler Delva, Joseph, Hurricane Matthew toll in Haiti rises to 1,000, dead buried in mass graves, Reuters, Oct. 10, 2016.

[147] Haiti: Hurricane Matthew – Situation Report No.6, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), p.1-4, Oct. 10, 2016.

[148] Haiti: Hurricane Matthew – Situation Report No.6, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), p.1-4, Oct. 10, 2016.

[149] Haiti: Hurricane Matthew – Situation Report No.6, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), p.4, Oct. 10, 2016.

[150] Haiti Humanitarian Bulletin - Issue 64 | May 2017, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), p.4, Jun. 11, 2017.

TPS Considerations: Haiti
Page 15

the storm.[151]  An estimated 175,000 people were displaced,[152] and 546 people were killed.[153]
Hurricane Matthew also caused "widespread damage to homes, roads, public infrastructure,
hospitals, and schools."[154]   Damages from Hurricane Matthew were estimated at nearly $2.8
billion—equivalent to 1/3 of Haiti's gross domestic product[155]—and were particularly severe in
Haiti's housing and food security sectors.[156]

In the aftermath of Hurricane Matthew, the international humanitarian community coordinated
with the Government of Haiti to provide emergency humanitarian assistance to those affected by
the storm.[157]  Humanitarian assistance was provided in a variety of fields, including emergency
shelter, health, food security, protection, etc.[158]  In early March 2017, UNOCHA reported that
over 1 million people had been reached with humanitarian assistance in the most affected regions
of Grand'Anse, Sud and Nippes departments.[159]  UNOCHA also noted that the emergency
response was ending at this time, with the focus shifting to early recovery.[160]

According to a United Nations official, as of mid-April 2017, shelter and food remained scarce
in Haiti's southern peninsula.[161]  In March 2017, an international non-governmental organization
reported that at least 13 people in Grand'Anse department had died due to hurricane related food
shortages in the region, and some Haitians were reportedly living in caves and eating poisonous
plants to survive.[162]  UNOCHA reported in May 2017 that "affected people continue to live in
precarious conditions, particularly in hard-to-reach areas."[163]

---

[151] Haiti Humanitarian Bulletin - Issue 64 | May 2017, United Nations Office for the Coordination of Humanitarian
Affairs (UNOCHA), p.4, Jun. 11, 2017.
[152] Thomas, Alice, Two Steps Back: Haiti Still Reeling from Hurricane Matthew, Refugees International, p.4, April
2017.
[153] Haiti Humanitarian Bulletin - Issue 64 | May 2017, United Nations Office for the Coordination of Humanitarian
Affairs (UNOCHA), p.4, Jun. 11, 2017.
[154] Thomas, Alice, Two Steps Back: Haiti Still Reeling from Hurricane Matthew, Refugees International, p.4, April
2017.
[155] Charles, Jacqueline, Senate Democrats to Trump administration: Let Haitians stay, Miami Herald, Apr. 27, 2017;
Charles, Jacqueline, Six months after Hurricane Matthew, food, shelter still scarce in Haiti, Miami Herald, Apr. 12,
2017.
[156] Haiti Humanitarian Bulletin - Issue 64 | May 2017, United Nations Office for the Coordination of Humanitarian
Affairs (UNOCHA), p.4, Jun. 11, 2017.
[157] Haiti Humanitarian Bulletin - Issue 64 | May 2017, United Nations Office for the Coordination of Humanitarian
Affairs (UNOCHA), p.4, Jun. 11, 2017.
[158] Haiti Humanitarian Bulletin - Issue 64 | May 2017, United Nations Office for the Coordination of Humanitarian
Affairs (UNOCHA), p.4, Jun. 11, 2017.
[159] Haiti: Hurricane Matthew Situation Report No.35 (04 March 2017), United Nations Office for the Coordination
of Humanitarian Affairs (UNOCHA), p.1, Mar. 4, 2017.
[160] Haiti: Hurricane Matthew Situation Report No.35 (04 March 2017), United Nations Office for the Coordination
of Humanitarian Affairs (UNOCHA), p.1, Mar. 4, 2017.
[161] Charles, Jacqueline, Six months after Hurricane Matthew, food, shelter still scarce in Haiti, Miami Herald, Apr.
12, 2017.
[162] Charles, Jacqueline, Desperate Haitians living in caves, eating toxic plants in post-hurricane Haiti, Miami Herald,
Mar. 24, 2017.
[163] Haiti Humanitarian Bulletin - Issue 64 | May 2017, United Nations Office for the Coordination of Humanitarian
Affairs (UNOCHA), p.4, Jun. 11, 2017.

DHS000052

TPS Considerations: Haiti
Page 16

The Haitian government and the international community continued to support Haiti's efforts to recover from Hurricane Matthew during the summer of 2017. On June 30, 2017, President Jovenel Moïse declared a state of emergency in areas hit by the storm.[164] The World Bank announced grants of $100 million in June 2017 and an additional $100 million in July 2017 to support Haiti's recovery from the impact of Hurricane Matthew.[165]  In addition, the *Miami Herald* reported in July 2017 that the Inter-American Development Bank would reroute $85 million in funding to support reconstruction efforts in southern Haiti.[166]

Nevertheless, in June 2017, the World Bank reported that reconstruction needs from Hurricane Matthew "were assessed at US$2.2 billion or 25 percent of GDP."[167]  In July 2017, the *Miami Herald* reported that residents of the areas most impacted by Hurricane Matthew in southern Haiti felt abandoned by international donors and the Haitian government.[168]  The Inter-American Development Bank's representative for Haiti told the *Miami Herald* in July 2017 that, even with the additional funding from its organization for areas impacted by Hurricane Matthew:

> "The situation is so dire that even if we fully disbursed the $85 million that we have committed to the South after the hurricane, there are still a lot of people in need, a lot of villages that were badly affected by the hurricane and need further investment," he said. "We will need lots more resources."[169]

In October 2017, Agence France-Presse reported that—one year after Hurricane Matthew—Haiti was still suffering from the consequences of the storm, and had yet to change "the way the country prepares for natural disasters."[170]

## HAITIAN RETURNEES FROM THE DOMINICAN REPUBLIC

A crackdown on undocumented migrants in the Dominican Republic has contributed to an influx of returnees to Haiti in recent years.[171]  From July 2015 through July 2017, IOM recorded that

---

[164] Charles, Jacqueline, *After Hurricane Matthew, many victims in Haiti feel abandoned*, Miami Herald, Jul. 14, 2017.

[165] Charles, Jacqueline, *After Hurricane Matthew, many victims in Haiti feel abandoned*, Miami Herald, Jul. 14, 2017; *World Bank Approves Additional US$80 Million for Haiti's Hurricane Recovery*, The World Bank, Jun. 14, 2017; *Haiti - Post-Matthew : Additional $80M grants from the World Bank*, Haiti Libre, Jun. 15, 2017.

[166] Charles, Jacqueline, *After Hurricane Matthew, many victims in Haiti feel abandoned*, Miami Herald, Jul. 14, 2017.

[167] *World Bank Supports Haiti's Post-Matthew Reconstruction*, The World Bank, Jun. 8, 2017.

[168] Charles, Jacqueline, *After Hurricane Matthew, many victims in Haiti feel abandoned*, Miami Herald, Jul. 14, 2017.

[169] Charles, Jacqueline, *After Hurricane Matthew, many victims in Haiti feel abandoned*, Miami Herald, Jul. 14, 2017.

[170] *A year after Hurricane Matthew, Haiti more vulnerable than ever*, Agence France-Presse (AFP), Oct. 4, 2017.

[171] Azam, Ahmed, *Forced to Flee Dominican Republic for Haiti, Migrants Land in Limbo*, The New York Times, Dec. 12, 2015; Partlow, Joshua, *A Haitian border town struggles with new rules in the Dominican Republic*, The Washington Post, Jun. 24, 2015; McFadden, David, *An aid agency is relocating several thousand people who had*

TPS Considerations: Haiti
Page 17

215,121 Haitian migrants spontaneously returned or were deported to Haiti.[172]  In June 2017, IOM reported that the "total number of returnees has averaged between 6000 and 8000 individuals on a monthly basis" since August 2016.[173]  However, the total number of returnees may actually be higher, as IOM stated that it had only been able to monitor half of border crossings between the two countries since September 2016 due to budget constraints.[174] Deportations from the Dominican Republic have drastically increased since April 2017; July 2017 had the highest number of official deportations since October 2015.[175]

In July 2017, the United Nations Secretary-General reported that returnees from the Dominican Republic:

> continue to find themselves in a situation of vulnerability owing to the insufficient reception capacity of the Haitian authorities and a lack of reintegration opportunities. This group will likely continue to need assistance in the foreseeable future, including with regard to the determination of their legal status.[176]

Similarly, in August 2017, the *Miami Herald* commented on the Haitian government's "inability to absorb the influx" of returnees from the Dominican Republic, also noting that "their arrival, mostly ignored by Haitian authorities, has burdened humanitarian organizations that have struggled to help amid deep budget cuts and indifference."[177]  Many migrants reportedly "arrive in precarious conditions,"[178] while some returnees reportedly live in "makeshift camps" along the border similar to those inhabited by IDPs from the 2010 earthquake.[179]

---

fled to Haiti from the Dominican Republic and set up informal settlements along the Haitian side of the border, Associated Press, Mar. 30, 2016; Maloney, Anastasia, U.N. urges Dominican Republic to prevent deportations of Haitians, Thomson Reuters Foundation, Jul. 29, 2015.

[172] UN Migration Agency Opens Haiti's First Border Resource Centre to Help Returning Haitians, International Organization for Migration, Jun. 27, 2017; IOM Haiti border monitoring sitrep: Tracking returnees from the Dominican Republic, International Organization for Migration, International Organization for Migration, Aug. 3, 2017.

[173] IOM Haiti – DTM Report – June 2017, International Organization for Migration, p.24, June 2017.

[174] IOM Haiti border monitoring sitrep: Tracking returnees from the Dominican Republic, International Organization for Migration, International Organization for Migration, Jun. 29, 2017.

[175] IOM Haiti border monitoring sitrep: Tracking returnees from the Dominican Republic, International Organization for Migration, International Organization for Migration, Aug. 3, 2017; Haiti Humanitarian Bulletin - Issue 65 | June-July 2017, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), p.1-2, Aug. 17, 2017.

[176] Report of the Secretary-General on the United Nations Stabilization Mission in Haiti, United Nations Security Council, p.5, July 12, 2017.

[177] Charles, Jacqueline, The countdown for Haitians with TPS has started. And that has many in Haiti worried., Miami Herald, Aug. 4, 2017.

[178] UN Migration Agency Opens Haiti's First Border Resource Centre to Help Returning Haitians, International Organization for Migration, Jun. 27, 2017.

[179] Following political crisis Haiti must urgently advance human rights agenda, Amnesty International, Mar. 17, 2017.

DHS000054

TPS Considerations: Haiti
Page 18

**SUMMARY**

Haiti's recovery has been hindered by subsequent natural disasters and various political, social, health, security, and economic conditions which have negatively impacted the country in recent years. Haiti remains vulnerable to external shocks, and its internal fragility has left it unable to adequately respond to a wide range of persistent humanitarian needs. As UNOCHA and the United Nations Country Team in Haiti reported in January 2017:

> With more than 98% of Haitians exposed to two or more types of disasters, the impact of recurring natural disasters is particularly severe, especially considering the already pre-existing protection, socio-economic and environmental vulnerabilities and disparities. Most Haitians remain vulnerable to natural hazards and disasters, such as floods, landslides, droughts, earthquakes and hurricanes. With more than a half of its total population living in extreme poverty, Hurricane Matthew has once more demonstrated Haiti's weakened ability to cope, recover and adapt to shocks from natural disasters. Meanwhile, as a result of electoral-related tensions, politically motivated demonstrations and insecurity have affected the humanitarian operating environment since mid- 2015 against the backdrop of a decreasing humanitarian presence in the field due to the lack of humanitarian funding.[180]

Due to the conditions outlined in this report, Haiti's recovery from the 2010 earthquake could be characterized as falling into what one non-governmental organization recently described as "the country's tragic pattern of 'one step forward, two steps back.'"[181]

---

[180] Haiti: Humanitarian Response Plan January 2017 - December 2018, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA)/United Nations Country Team in Haiti, p.6, Jan. 2017.

[181] Thomas, Alice, Two Steps Back: Haiti Still Reeling from Hurricane Matthew, Refugees International, p.17, April 2017.

DHS000055