# EXHIBIT 2



*Memo created by S Specials to accompany(and clarify) the original memo.*

**2017116812-TAB**

~~2017116812~~

**United States Department of State**

*Washington, D.C. 20520*

<u>SENSITIVE BUT UNCLASSIFIED</u>

October 30, 2017

ACTION MEMO FOR THE SECRETARY

[RELEASE IN PART B5]

FROM:    S/P

SUBJECT:    (SBU) Letters Regarding Temporary Protected Status (TPS) for Honduras, Nicaragua, Haiti, and El Salvador

**Recommendation:**
(SBU) That you approve one of the following options to transmit to DHS the country conditions for each country regarding TPS. You approved the country condition reports on October 27 and are now asked to choose between three different draft letters to DHS or the option to forgo sending a cover letter and instead follow-up with a phone call.

Option 1: (SBU)

Option 2: (SBU)

Option 3: (SBU)

Option 4: (SBU)

B5

**Background**
(SBU) TPS for Nicaragua and Honduras will expire January 5, 2018; for Haiti January 22, 2018; and for El Salvador March 9, 2018. The DHS Secretary must review and decide whether to extend or terminate TPS designations no later than 60 days before expiration, and intends to make a decision on El Salvador, Honduras, and Nicaragua by November 3, and on Haiti by November 22. DHS requested that the Department provide a report and recommendation on whether the conditions for each country's TPS designation continue to be met and whether further extension, potential re-designation, or termination is warranted. The country reports have been edited according to your decisions and will be forwarded to DHS per your decision on this memo.

Attachments:
    Tab 1 – [   ] Cover Letter
    Tab 2 – [   ] Cover Letter
    Tab 3 – Basic Cover Letter
    Tab 4 – Country Conditions Report for El Salvador
    Tab 5 – Country Conditions Report for Haiti
    Tab 6 – Country Conditions Report for Honduras
    Tab 7 – Country Conditions Report for Nicaragua

B5

<u>SENSITIVE BUT UNCLASSIFIED</u>

SENSITIVE BUT UNCLASSIFIED
-2-

Drafted:     S – Travis Hall, 7-5298

Cleared:     S/P – Taryn Frideres                    (ok)

SENSITIVE BUT UNCLASSIFIED