# EXHIBIT 3



Nora M Searle <nms320@nyu.edu>

# NIP v. DHS, No. 18-CV-00659 - Prioritization Plan Proposal

**Fatima T Carrillo Moran** <fcm266@nyu.edu>                    Mon, Mar 12, 2018 at 4:22 PM
To: "Hayes-Deats, Caleb (USANYS)" <Caleb.Hayes-Deats@usdoj.gov>
Cc: "Morawetz, Nancy" <nancy.morawetz@nyu.edu>, "Rofe, Jessica" <rofej@mercury.law.nyu.edu>, Nora M Searle
<nms320@nyu.edu>, Kevin J Siegel <kjs385@nyu.edu>

Dear Caleb,

To follow up on our conversation after the conference on Friday, we wanted to send a prioritization plan for the agencies to follow for review and production of responsive materials. We propose that DHS, CIS, and DOS prioritize review and production of documents in one of two ways:

*Prioritization by Custodian* (beginning with highest priority):
**CIS:**
*Plaintiffs propose that CIS begin its search on the 13GB server that it has already identified.*
1.   Electronic communications to or from Kathy Nuebel Kovarik, Chief, Office of Policy and Strategy, including email attachments and emails on which she was copied
2.   Electronic communications to or from L. Francis Cissna, Director, CIS, including email attachments and emails on which he was copied
3.   Electronic communications to or from James McCament, Deputy Director, CIS, including email attachments and emails on which he was copied
4.   Custodians in the International Humanitarian Affairs Division
**DHS:**
1.   Written or electronic communications to or from the Secretary and/or Acting Secretary of Homeland Security including email attachments and emails on which she was copied
2.   Written or electronic communications to or from Dimple Shah, Deputy General Counsel, DHS, including email attachments and emails on which she was copied
3.   Custodians in the Office of Strategy, Policy, and Plans
**DOS:**
1.   Written or electronic communications to or from Rex Tillerson, Secretary of State, including email attachments and emails on which he was copied, and within the Office of the Executive Secretariat
2.   Written or electronic communications to or from Anna Malamud, Legal Advisor, and Kathleen Hook, Deputy Legal Advisor, including email attachments and emails on which they were copied
3.   Custodians in the Bureau of Western Hemisphere Affairs

*Alternative Prioritization by Time*:
**CIS:** January 2017-May 2017
**DHS:** May 23, 2017-November 2017
**DOS:** May 2017-October 2017

Lastly, we wanted to see if you were able to get a response from DHS, or any agency that has come up with search terms, to see if they are willing to share the search terms with us.

Thank you,
Fatima

--
Fatima T. Carrillo
New York University School of Law
J.D. Candidate, Class of 2019
AnBryce Scholar