# EXHIBIT 5

The New York Times | https://nyti.ms/2jFi7ie

Opinion | EDITORIAL

# Let the Haitians Stay

By THE EDITORIAL BOARD    NOV. 19, 2017

The Temporary Protected Status program provides the sort of assistance the United States should be proud to extend to foreigners fleeing civil unrest, violence or natural disasters. Enacted by Congress in 1990, it currently offers safe and legal harbor to 437,000 people from 10 countries. Many stay for a long time, their status regularly extended because of continued turmoil in their homelands.

That, alas, is a far cry from the spirit of the Trump administration. But even President Trump's bombastic pledges to throw up a Mexican border wall, expel illegal immigrants and bar entry to Muslims are different from expelling people who, though they may have entered the United States illegally, have been allowed to stay legally, often for many years, with solid jobs and large families, while their homelands remain unsettled or dangerous.

On Thanksgiving, of all days, the Department of Homeland Security is to announce whether it will extend the temporary protected status that was granted to about 50,000 Haitians when their country was devastated by an earthquake in 2010. Their stay has been regularly extended, but in May, John Kelly, then secretary of homeland security and now the White House chief of staff, gave them only six more months, explicitly to get ready to go home. Unless their status is extended this week, they must leave by Jan. 22.

By any reasonable measure, Haiti is not ready to take them back. The destitute country has never fully recovered from the 2010 earthquake or the cholera epidemic that followed. Last year, Hurricane Matthew added even more suffering. The country does not have the resources to absorb 50,000 people, and the money they have sent back is a critical source of income for their relatives and homeland.

Every member of Congress who represents South Florida, where most of these Haitians live, is in favor of extending their status. One of them, Representative Ileana Ros-Lehtinen, a Republican from Miami, is among the congressional members of both parties who have proposed legislation that would allow these immigrants to eventually apply for permanent residency, which is not possible under current rules.

What Elaine Duke, the acting secretary of homeland security, does will be watched closely, not only by Haitians but by others in the Temporary Protected Status program, most of them from Central America. Earlier this month, Ms. Duke ended the protected status of about 2,500 Nicaraguans, but she defied the White House by delaying for six months a decision on a far larger group of about 57,000 Hondurans. The Times reported that Mr. Kelly, as White House chief of staff, has put pressure on Ms. Duke to end the status for both groups. Mr. Kelly's deputy, Kirstjen Nielsen, is Mr. Trump's pick as the next head of homeland security and is undergoing confirmation hearings.

Ms. Duke was right to resist the White House, and she was right to include in her decision a call on Congress "to enact a permanent solution for this inherently temporary program," one that would make it possible for people under temporary protection to seek a more stable and permanent stay in America. And on Thanksgiving Day, the only right decision is to extend our welcome to the Haitians.

*Follow The New York Times Opinion section on Facebook and Twitter (@NYTOpinion), and sign up for the Opinion Today newsletter.*

A version of this editorial appears in print on November 20, 2017, on Page A22 of the New York edition with the headline: Let the Haitians Stay.

© 2018 The New York Times Company

# THE WALL STREET JOURNAL.

**U.S. EDITION**

**U.S. News: DHS Chief Resisted White House**

By Alicia A. Caldwell and Laura Meckler
674 words
10 November 2017
The Wall Street Journal
J
A2
English
Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

The acting chief of the Department of Homeland Security rebuffed the wishes of the White House this week when she refused to end humanitarian protections for immigrants living in the U.S., people familiar with the deliberations said.

At issue is the Temporary Protected Status (TPS) program, which gives safe harbor in the U.S. to people from a range of countries affected by natural disasters and other strife.

Under past administrations, programs for multiple countries were routinely renewed. For three Central American countries, the renewals enabled hundreds of thousands of people to live in the U.S. with the government's permission for the better part of two decades.

White House officials were pushing Homeland Security to announce this week that they were ending those protections for Honduras and Nicaragua, people familiar with the discussions said.

On Monday, the day the decision was due, White House Chief of Staff John Kelly repeatedly telephoned acting Homeland Security Secretary Elaine Duke and pressed her to end both programs immediately, according to one of the people. Homeland Security adviser Tom Bossert pressed for the same over the weekend, this person said.

A White House official said the point of Mr. Kelly's call was to get Ms. Duke to make a decision, saying she was delaying too long.

"As with many issues, there were a variety of views inside the administration on a policy. The acting secretary took those views and advice [on] the path forward for TPS and made her decision based on the law," said Jonathan Hoffman, spokesman for Homeland Security.

Mr. Hoffman said Mr. Kelly was returning a call from Ms. Duke when they discussed the matter and that it wasn't unusual for them to speak ahead of a decision.

The Trump administration had already signaled it wanted the protections canceled as they came up for review. Mr. Kelly, when he was Homeland Security secretary, offered a limited extension of the same protective status for Haitians earlier this year and advised immigrants protected by the program to prepare to leave. Mr. Kelly also signaled that protections for people from other nations were likely to end as well.

The next round of decisions for at least two Central American countries rested with his replacement, Ms. Duke, who refused to succumb to White House pressure, two people familiar with the matter said.

"She's not the most popular person over at the White House," said one person familiar with the debate.

The other person said, "The White House came down on her really hard" before and after the decisions.

Immigrant advocates responded to news of the White House pressure with alarm, saying there should be no political influence over the coming decisions about other protective programs.

"Those DHS decisions should be based on the facts, based on the statutes, but not based on undue political interference," said Frank Sharry, executive director of the advocacy group America's Voice.

On Monday, Homeland Security announced that the protected status for Nicaragua would end, but the roughly 5,000 immigrants in the U.S. under the program would have until January 2019 to either leave the country or apply for another immigration status if they are eligible.

Ms. Duke concluded conditions in the country were better than they were in 1998, when Hurricane Mitch ravaged the region, according to a statement from Homeland Security.

On Honduras, Ms. Duke opted not to make a decision, a move that automatically extends the program's protections for another six months. Homeland Security said Ms. Duke wanted more time to assess conditions there.

The new secretary will have to decide the fate of that program next spring.

A similar dynamic is at play on decisions regarding El Salvador and Haiti, one of the people familiar with the discussion said. A decision on Haiti is due this month, and the administration must decide on El Salvador by early January.

License this article from Dow Jones Reprint Service

Document J000000020171110edba0001v

Page 3 of 3 © 2018 Factiva, Inc. All rights reserved.