# EXHIBIT 11



US politics
**Trump's decision to end protections for Haiti and El Salvador immigrants is racially motivated, claims lawsuit**

Jeremy B White
469 words
22 February 2018
16:28
Independent Online
INDOP
English
© 2018. Independent Print Ltd. All Rights Reserved.

Administration has moved to end Temporary Protected Status for immigrants from the two nations

[Donald Trump](#)'s racism against certain classes of [immigrants](#) invalidates his move to end protections for Haitians and El Salvadorans in the US, a new lawsuit alleges.

"President Trump has long made clear his dislike and disregard for Latino and Black immigrants", a complaint filed in a Massachusetts district court argues.

The legal challenge, filed by the Lawyers' Committee for Civil Rights and Economic Justice on behalf of eight Haitian and El Salvadoran immigrants, contests the Trump administration's decision to rescind a designation that has allowed hundreds of thousands of immigrants from struggling nations to remain in America.

Read more

White House appears to confirm Trump 's***hole countries' comments

MLK Jr's children condemn Trump over 's***hole comments'

Trump: 'I'm the least racist person you've ever interviewed'

In recent months the administration announced that it would phase out Temporary Protected Status (TPS) grants that were instituted after earthquakes devastated Haiti and El Salvador. Some 300,000 people from those countries have secured TPS, according to the lawsuit.

The Department of Homeland Security has said the situations on the ground have improved enough in El Salvador and Haiti for people to return home. People from Haiti will see their statuses expire in June of 2019, with TPS set to end for Salvadorans in September of 2019.

While the legal challenge disputes the notion that either country has stabilised enough to justify ending TPS-noting subsequent natural disasters, "extreme gang violence" in El Salvador and Haiti remaining "economically stagnant" -it also argues that Mr Trump's move to suspend TPS is "impermissibly tainted by racial animus" and "therefore cannot stand".

Official justifications are "nothing but a thin and pretextual smokescreen for a racially discriminatory immigration agenda", the lawsuit alleges.

It cites examples of Mr Trump's incendiary immigration rhetoric, including his references to "rapists" and people "bringing crime" from Mexico and Latin American during the presidential campaign and instances in which he reportedly said African immigrants would not want to return to their "huts," denigrated Haitians as all having AIDS and complained about immigrants from "s***hole countries" during a discussion about immigrants from Haiti and El Salvador.

Trump has referred to Haitians and Africans as coming from 's***hole countries'

"The animus directed towards Latino and Black immigrants is a clear and unfortunate thread ruling throughout President Trump's statements - and his actualized by his Administration's policies," the complaint says.

The Department of Homeland Security declined to comment on pending litigation. The White House has strenuously denied that Mr Trump holds racist views, as has the president himself.

Document INDOP00020180222ee2m00669

Page 2 of 3 © 2018 Factiva, Inc. All rights reserved.

Page 3 of 3 © 2018 Factiva, Inc. All rights reserved.

# The Boston Globe

Metro

**Civil rights group sues US to keep protections for immigrants**

Akilah Johnson
1,193 words
22 February 2018
The Boston Globe
BSTNGB
English

© 2018 The Boston Globe. Provided by ProQuest Information and Learning. All Rights Reserved.

The Lawyers' Committee for Civil Rights and Economic Justice sued the Trump administration Thursday, alleging the federal government is discriminating against immigrants of color by ending temporary protections that allowed tens of thousands of citizens from Haiti and El Salvador to remain legally in the United States after natural disasters in their homelands.

In the lawsuit filed in US District Court in Massachusetts, the civil rights organization argues that ending Temporary Protected Status for Haiti and El Salvador is not only unconstitutional but also "was impermissibly infected by invidious discrimination on the basis of race, ethnicity, and/or national origin and therefore cannot stand."

The organization points to President Trump's history of making disparaging remarks about immigrants of color as evidence that the administration's governing philosophy is grounded in bigotry.

"Today we are drawing a line in the sand and saying government policy cannot be based on bias and discrimination," said Oren M. Sellstrom, the litigation director for the Lawyers' Committee, during a conference call with reporters. "Like scores of other TPS beneficiaries from across the country, our clients have called America home for years now. The Trump administration wants to round them up and tear families apart."

Katie Tichacek, spokeswoman for the United States Citizenship and Immigration Services, which overseas TPS as part of the Department of Homeland Security, said the agency does not comment on pending litigation.

As Trump has sought to limit immigration, both legal and illegal, advocates and immigrants themselves have turned to the courts for relief — with some success.

Federal judges in Richmond and San Francisco have said the president's ban on citizens from some Muslim-majority countries from entering the United States is discriminatory, and the Supreme Court is expected to hear arguments in the case this spring. Federal judges have temporarily blocked Trump's plan to end protections for immigrants brought to the country illegally as children, or DACA. Last month, the NAACP sued the Department of Justice for rescinding TPS for Haitian immigrants, and a separate suit was filed in New York on Thursday on behalf of a subset of TPS beneficiaries who argue they should qualify for legal permanent residence.

And just last week in Boston, a federal judge demanded immigration authorities explain why a Guatemalan mother of two was arrested and jailed for nearly a month after going to a government office to apply for legal residency.

Temporary Protected Status is another front in that legal fight. Starting last fall, the Trump administration lifted the protective status for immigrants from four countries — Haiti, El Salvador, Nicaragua, and Sudan — in as many months. Within the next 12 to 18 months, immigrants from these countries must leave the country or face deportation.

More than 240,000 Salvadorans and Haitians in the United States (about 11,000 in Massachusetts) benefit from TPS, according to state and federal authorities. The status is not a path to permanent residency, but it authorizes immigrants without criminal records to work and protects them from deportation, even if they were previously in the country illegally. The designations for El Salvador and Haiti — given in 2001 and 2010 respectively after catastrophic earthquakes crippled both nations — are now set to expire in about 18 months.

Iván Espinoza-Madrigal, executive director of the Lawyers' Committee, which represents Lawrence and Chelsea in federal lawsuits challenging the administration's effort to restrict federal funding to sanctuary cities,

said the TPS suit asks the courts to preserve "the integrity of our clients' legal rights and their dignity in the face of an adverse policy decision made by the Trump administration."

The lawsuit names Trump, the Department of Homeland Security, Homeland Secretary Kirstjen Nielsen, and Deputy Secretary Elaine Duke as defendants.

It was filed on behalf of Centro Presente, an immigrant advocacy group based in East Boston, and eight immigrants, some of whom own homes and businesses. Others are college students or recent college graduates, while others work as clerks or custodians in government buildings. Most are parents of children born in the United States.

"I feel attacked. I feel discriminated against because I know I contribute to the nation's economy and the president doesn't respect or value my contributions," Juan Carlos Vidal, 35, who lives in Revere and co-owns four restaurants in the state, said in Spanish during a telephone press conference with reporters.

The Salvadoran native has been a TPS beneficiary since 2001, and his 5- and 7-year-old children were both born in the United States. "I am worried and participating in this lawsuit because I worry about my businesses. I worry about my family."

The suit argues that terminating TPS for Salvadorans and Haitians "harkens back to some of the darkest and most discredited chapters in US history."

But a statement from the Department of Homeland Security announcing the decision to revoke TPS for Haiti said, "those extraordinary but temporary conditions caused by the 2010 earthquake no longer exist."A similar statement was made when the humanitarian designation for El Salvador was revoked.

Though the program is designed to be temporary, many immigrants with TPS from El Salvador have been here for decades.

"Why is it that 16 years later someone would be in our country under something called, 'Temporary Protected Status'? It proves that something is wrong with our immigration system," US Representative Lee Zeldin, a Republican from New York, said during a Feb. 6 White House roundtable, according to a transcript.

Immigration advocates heavily criticized the decision to rescind TPS for Haiti and El Salvador, arguing that neither country has fully rebounded from the natural disasters that triggered the necessity for the designation. And the suit argues there were ripple effects from the initial catastrophes that have worsened conditions on the ground, including a deadly cholera epidemic in Haiti and extreme gang violence and corruption in El Salvador.

Will Arias, a Salvadoran immigrant with TPS since 2001 who owns a home in Everett, said in Spanish that he worries most about his children. "Children are the principal targets of gangs in El Salvador," he said. "I fear that they will become the victims of gang violence."

His sons, 2 and 16, were born in the United States and the oldest dreams of going to college and has nightmares of his family being separated.

"Almost on a daily basis, my eldest son, who is in the 11th grade, asks questions about what will happen to us now," said Arias, a custodian at the John Adams Courthouse where the Massachusetts Supreme Judicial Court sits in Boston. "He wonders if he will have to come to El Salvador with us or if the family will be separated and torn apart."

The uncertainty, he said, brings his wife to tears almost daily.

Akilah Johnson can be reached at akilah.johnson@globe.com. Follow her on Twitter @akjohnson1922.

Credit: By Akilah Johnson Globe Staff

Caption:

Plaintiffs (front) in the lawsuit against the Trump administration joined members of the Lawyers' Committee for Civil Rights and Economic Justice at the group's office.

Barry Chin/Globe Staff

Document BSTNGB0020180223ee2m000bc

**Search Summary**

| Text | Civil rights group sues US to keep protections for immigrants |
|------|-------------------------------------------------------------|

Page 3 of 4 © 2018 Factiva, Inc. All rights reserved.

**AP**

**Haitians sue Trump administration over immigration policy**

By JENNIFER KAY
Associated Press
539 words
15 March 2018
15:46
Associated Press Newswires
APRS
English
(c) 2018. The Associated Press. All Rights Reserved.

MIAMI (AP) — Haitian immigrants are suing President Donald Trump and Homeland Security officials, alleging racism influenced a decision to end a program allowing them to live and work legally in the U.S. after disasters in their home country.

The lawsuit filed Thursday in New York federal court is one of a handful nationwide challenging the Trump administration's decision to end temporary protected status for people from El Salvador, Haiti, Nicaragua and Sudan.

The latest case details how the Haitian-American community could be harmed if roughly 60,000 Haitians become subject to deportation.

The dozen plaintiffs include Haiti Liberte, a New York-based weekly Haitian newspaper, where a leading journalist with the protected status may be forced to return home, the lawsuit said.

In Miami, the advocacy group Family Action Network Movement Inc. has had to divert resources from core services such as adult education and health care access to assist more Haitians fearing deportation. It also faces losing several activists who also are plaintiffs, the lawsuit said.

Six plaintiffs face separation from their U.S.-born children, while another plaintiff with cerebral palsy would lose medical care if separated from his brother who is a U.S. citizen, the lawsuit said.

The advocacy group's executive director, Marleine Bastien, said at a news conference in Miami that Haitians with the protected status make more contributions to the U.S. economy than they take.

"The plaintiffs who are based in Florida are not here because they are working. They have to pay taxes. They can't rely on charity," she said.

The lawsuit claims U.S. Homeland Security officials failed to follow protocol when considering whether to renew protections granted to Haitian immigrants after a devastating earthquake struck their Caribbean country in 2010. Those protections were repeatedly extended until the Trump administration announced in November that Haitian recipients have until July 2019 to return home.

Trump, Homeland Security Secretary Kirstjen Nielsen and Deputy Homeland Security Secretary Elaine Duke are named as defendants.

Instead of reviewing conditions in Haiti, including a cholera outbreak and destruction from Hurricane Matthew in 2016, Homeland Security officials sought to maintain stereotypes about blacks and immigrants committing crimes and receiving public assistance, the lawsuit said.

The lawsuit cites Trump's negative comments on immigration from his presidential campaign and separate reports that Trump said thousands of Haitians who came to the U.S. in 2017 "all have AIDS," and that he used vulgar language to question why the country needed more immigrants from Haiti or from African countries instead of from countries like Norway. Trump has denied the comments.

The order to end temporary protected status for Haitians violates their due process rights "because the termination was based on the President's categorical and defamatory assertions about all Haitians, which the Haitian TPS recipients were given no opportunity to challenge," the lawsuit said.

The NAACP and immigrant advocacy groups in California and Boston made similar allegations in previously filed lawsuits seeking reinstatement of temporary protected status for hundreds of thousands of immigrants.

Page 2 of 3 © 2018 Factiva, Inc. All rights reserved.

Homeland Security spokeswoman Katie Waldman said in an email Thursday that the agency does not comment on pending litigation.

Document APRS000020180315ee3f00e1l

Page 3 of 3 © 2018 Factiva, Inc. All rights reserved.

**DOW JONES**

---

NAACP sues Homeland Security over Haiti immigration policy ................................................................................ 2



**NAACP sues Homeland Security over Haiti immigration policy**

By JENNIFER KAY
Associated Press
545 words
25 January 2018
18:53
Associated Press Newswires
APRS
English
(c) 2018. The Associated Press. All Rights Reserved.

MIAMI (AP) — The NAACP has sued the U.S. Department of Homeland Security, citing President Donald Trump's disparaging comments about immigrants and their home countries as evidence of racial discrimination influencing his administration's decision to end protections for roughly 60,000 Haitians.

In a lawsuit filed Wednesday in Maryland federal court, the NAACP and the NAACP Legal Defense and Educational Fund said Homeland Security officials failed to follow the normal decision-making process when considering whether to renew the temporary protected status granted to Haitian immigrants since a devastating earthquake struck the Caribbean country in 2010.

Instead of reviewing facts about conditions in Haiti since the earthquake, including an ongoing cholera outbreak and destruction from Hurricane Matthew in 2016, Homeland Security officials sought to bolster stereotypes about blacks and immigrants committing crimes and receiving public assistance, according to the lawsuit.

The temporary protected status allowing Haitians to legally live and work in the U.S. after the 2010 earthquake had been renewed repeatedly, to the chagrin of critics who said the humanitarian measure never intended to allow immigrants to establish roots in this country.

The Trump administration announced in November that Haitians with the protected status would have until July 2019 to get their affairs in order and return home.

The lawsuit cites a 2017 report from The Associated Press detailing U.S. immigration officials' attempts to find data on Haitians with protected status committing crimes or receiving public assistance. It also quotes separate reports that Trump said thousands of Haitians who came to the U.S. in 2017 "all have AIDS," and that he used vulgar language to question why the country needed more immigrants from Haiti or from African countries instead of from countries like Norway.

Trump's comments on immigration from his presidential campaign, including statements about "bad hombres" he would expel from the country, also were cited by the lawsuit, along with reports that former Homeland Security Acting Secretary Elaine Duke was being pressured by administration officials to rescind temporary protected status for immigrants from Honduras.

The NAACP Legal Defense Fund has been a separate organization from the NAACP since 1957. The lawsuit, filed on behalf of the NAACP and its members with protected status, names Duke and Homeland Security Secretary Kirstjen Nielson as defendants.

"President Trump has made clear that he wishes to reduce the number of immigrants of color to the United States. The rescission of Haiti's (temporary protected status) is part of that agenda," the lawsuit said.

Homeland Security spokeswoman Katie Waldman said in an email Thursday the agency does not comment on pending litigation.

___

This story has been clarified to reflect that the NAACP and the NAACP Legal Defense Fund are separate entities.

FILE- This Jan. 15, 2018, file photo shows Haitian community supporters in West Palm Beach, Fla., to protest recent remarks made by President Donald Trump about Haiti. The NAACP has sued the U.S. Department of Homeland Security. The organization says Trump's disparaging comments about immigrants and their home

countries is evidence of racial discrimination that has influenced his administration's decision to end protections for roughly 60,000 Haitians. (Damon Higgins/Palm Beach Post via AP, File)

Document APRS000020180125ee1p00mow

**Search Summary**

| | |
|---|---|
| Text | NAACP and Haiti and Trump |
| Date | In the last 3 months |
| Source | All Sources |
| Author | All Authors |
| Company | All Companies |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| News Filters | Date: 22 January 2018 - 28 January 2018 |
| Results Found | 100 |
| Timestamp | 23 March 2018 14:17 |

**Page 3 of 3 © 2018 Factiva, Inc. All rights reserved.**