# EXHIBIT 12



City
**Immigration officials prepare for more asylum seekers near Lacolle border**

KATHERINE WILTON
The Gazette
764 words
22 November 2017
Montreal Gazette
MTLG
Early
A2
English
Copyright © 2017 Montreal Gazette

The day after the Trump administration announced it was cancelling a temporary residence program for almost 60,000 Haitians in the U.S., immigration officials here say they're prepared for another wave of asylum seekers if worried Haitians flee to Quebec.

About 27 winterized trailers, which can accommodate up to 200 people, have been set up near the St-Bernard-de-Lacolle border crossing in case a flood of migrants enter via Roxham Rd., an unofficial entry point to Quebec.

"We are ready. We have improved the way we work and can treat high volumes," said Judith Gadbois-St-Cyr, a spokesperson for Canada Border Services Agency. "We don't have a crystal ball. We don't know how many are expected to cross every day."

Plans to accommodate a large number of migrants at the border were made before the U.S. cancelled the Temporary Protected Status (TPS) program on Monday, she said.

On Tuesday, the federal government dispatched Montreal MP Emmanuel Dubourg to New York to meet with the leaders of the local Haitian community to try to prevent another exodus of Haitians to Quebec. Dubourg said he doesn't want thousands of Haitians to cross the border illegally during the next few months with false hope.

Although the number of migrants entering Quebec has slowed since August, when 5,530 people sought asylum, about 1,700 migrants entered Quebec in September and October, Gadbois-St-Cyr said. Since Donald Trump was elected U.S. president in 2016, about 15,381 migrants have been intercepted by the RCMP trying to enter Quebec. Most of the asylum seekers are Haitian nationals.

"It's an exceptional situation," Gadbois-St-Cyr said on Tuesday.

The heated trailers near the Lacolle border will replace the tents that were used to house migrants last summer.

Currently, no migrants are being housed at the border because immigration officials have been able to conduct security checks quickly and send asylum seekers to Montreal, where local organizations help them get settled.

The federal immigration department has also opened new offices in Montreal to process refugee claims.

The TPS was granted to 60,000 Haitians living in the U.S. following the earthquake that devastated their homeland in 2010.

It allows Haitians to live and work in the U.S. until conditions in Haiti have improved enough to return home.

When the program ends for Haitians in July 2019, Haitians in the U.S. will have to leave the country, live underground or apply to stay in the U.S. using another immigration program.

When rumours surfaced that Trump was going to halt the program earlier this year, Haitians from as far south as Miami left their homes and began coming to Quebec.

The flood of migrants into Montreal last summer forced city officials to set up temporary accommodation in the Olympic Stadium and the former Royal Victoria Hospital.

Page 2 of 3 © 2018 Factiva, Inc. All rights reserved.

Dubourg said there is a great deal of uncertainty in the Haitian community in the U.S., but the message needs to get out that Canada isn't necessarily a default option.

"I'm there to inform them: Be careful before you make a decision," he said in an interview Monday.

The Liberal MP, who is Haitian, will also be trying to clear up a misconception that asylum is simple to obtain in Canada.

He said statistics he has seen suggest that about 10 per cent of Haitian asylum seekers who applied in Quebec during the summer were accepted, down from about 50 per cent previously.

Dubourg said the recent announcement that Canada will accept close to one million immigrants over the next three years ended up as a report in the Haitian press as proof Haitians were welcome.

Dubourg said he called the Haitian news outlet that published the report two weeks ago to clear things up, but not before he realized it had been shared hundreds of times on social media. kwilton@postmedia.com katherinewilton/twitter.com

Presse Canadienne and Canadian Press contributed to this report.

AFP, GETTY IMAGES / More than 5,500 migrants entered Quebec illegally in August, most of them Haitians. Above, a young girl who arrived with her family peers through a fence at a temporary detention centre.; AFP, GETTY IMAGES / More than 5,500 migrants entered Quebec illegally in August, most of them Haitians. Above, a young girl who arrived with her family peers through a fence at a temporary detention centre. [MTGZ_20171122_Early_A2_03_I001.jpg];

Document MTLG000020171122edbm0000p

Page 3 of 3 © 2018 Factiva, Inc. All rights reserved.



# THE CANADIAN PRESS

**Expect new wave of Haitian asylum seekers into Canada from U.S.: experts**

Magdaline Boutros
The Canadian Press
425 words
21 November 2017
16:49
The Canadian Press
CPR
English
(c) 2017 The Canadian Press. All rights reserved.

MONTREAL — Canada should expect a massive influx of Haitians attempting to enter the country from the United States in light of the decision to end a program granting almost 60,000 Haitians residency south of the border, experts say.

The day after Monday's announcement by the U.S. Homeland Security Department, a Haitian-born MP was in New York City to meet with leaders of the Haitian community.

Emmanuel Dubourg was trying to avoid a repeat of this past summer, when thousands of Haitians crossed illegally into Canada out of fear their residency status in the United States would be revoked.

Dubourg said that since the summer, only 10 per cent of the thousands of Haitians who have asked Canada for refugee status have had their requests granted.

He said he was in New York to hammer home the message that "crossing into Canada outside of the normal points of entry is not a free ride into staying in the country."

The United States extended temporary protected status to Haitians after the 2010 earthquake, as did Canada, but Ottawa resumed deportations there this year.

The Homeland Security Department said late Monday that conditions in Haiti have improved significantly, so the benefit will be extended one last time — until July 2019 — to give Haitians time to prepare to return home.

Stephane Handfield, an immigration lawyer who represents asylum seekers, said he expects a high number of Haitian refugee applicants again next summer.

He said many Haitians believe all they need to do to settle in Canada is to reach the border and fill out an application for refugee status.

Jean-Pierre Fortin, president of a union representing customs and immigration officers, said he too expects another wave of Haitian asylum seekers over the next few months.

"We're still trying to manage the crisis from last summer," he said.

"But the good news is that with the grace period of 18 months (given by the U.S. government to Haitians) the Canada Border Services Agency and the Liberal government have time to prepare so they don't have to deal with a crisis like this summer's."

Federal Transport Minister Marc Garneau said his government has the situation under control and he didn't seem worried about the decision by the Trump administration.

"We put in place a mechanism to react to what happened last summer and we can put it back in place rapidly," Garneau said.

Document CPR0000020171121edbl00m2i

**Search Summary**

| Text | immigration and haiti and canada |
| --- | --- |
| Date | In the last 6 months |
| Source | All Sources |
| Author | All Authors |

| Company | All Companies |
|---|---|
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| News Filters | Date: 1 November 2017 - 30 November 2017 |
| Results Found | 103 |
| Timestamp | 23 March 2018 14:35 |

Page 3 of 3 © 2018 Factiva, Inc. All rights reserved.