# IMMIGRANT RIGHTS CLINIC
# WASHINGTON SQUARE LEGAL SERVICES, INC.
### 245 SULLIVAN STREET, 5TH FLOOR
### NEW YORK, NEW YORK 10012
### TEL: 212-998-6430
### FAX: 212-995-4031

<table>
<tr><td>ALINA DAS</td><td>FATIMA CARRILLO</td></tr>
<tr><td>NANCY MORAWETZ</td><td>NORA SEARLE</td></tr>
<tr><td>JESSICA ROFÉ</td><td>KEVIN SIEGEL</td></tr>
<tr><td>*Supervising Attorneys*</td><td>SARAH THOMPSON</td></tr>
<tr><td></td><td>*Legal Interns*</td></tr>
</table>

March 29, 2018

The Hon. Judge Ronnie Abrams
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

> RE:   *Nat'l Immigration Project, et al. v. U.S. Dep't of Homeland Sec., et al.*,
>       No. 18 Civ. 659 (RA)

Dear Judge Abrams,

Plaintiffs write respectfully to the Court to clarify an inconsistency in their letter regarding the number of pages they request each agency process. Plaintiffs request processing of 1,500 pages per week by each agency. Plaintiffs believe this schedule best ensures that the documents will be produced in time to factor into the public debate on TPS for Haiti. Plaintiffs' reiterate their arguments on the urgency of the FOIA request and the appropriateness for expedited processing.

Respectfully submitted,

/s/ Nancy Morawetz
Nancy Morawetz
Jessica Rofé
Fatima Carrillo, Legal Intern
Nora Searle, Legal Intern
Kevin Siegel, Legal Intern
Sarah Thompson, Legal Intern
WASHINGTON SQUARE LEGAL
SERVICES, INC.
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, NY 10012
nancy.morawetz@nyu.edu
jessica.rofe@nyu.edu

1

Sejal Zota
NATIONAL IMMIGRATION
PROJECT OF THE NATIONAL
LAWYERS GUILD
14 Beacon Street, Suite 602
Boston, MA 02108
(617) 227-9727
sejal@nipnlg.org

Attorneys for Plaintiffs