

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 29, 2018

BY ECF
The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

   Re: *Nat'l Immigration Project v. U.S. Dep't of Homeland*, No. 18 Civ. 659 (RA)

Dear Judge Abrams:

   I write respectfully on behalf of Defendant the Department of Homeland Security ("DHS") in the above-referenced case. When investigating its response to Plaintiffs' letter of March 23, 2018, *see* Dkt. No. 49, DHS learned of a change in its practices for recording Freedom of Information Act ("FOIA") requests that is relevant to statistics cited in ¶ 11 of the Declaration of James V.M.L. Holzer dated March 19, 2018 (the "Holzer Declaration"). Although the statistics cited in ¶ 11 of the Holzer Declaration are accurate, DHS wants to explain the change in its practices for recording FOIA requests in order to ensure that the record on this point is complete. Accordingly, I have attached a supplemental declaration from Nicole C. Barksdale-Perry dated March 29, 2018 (the "Barksdale-Perry Declaration").

   In fiscal year ("FY") 2017, DHS's Privacy Office ("DHS Privacy") implemented a practice of logging all FOIA requests regardless of whether those requests resulted in DHS Privacy ultimately transferring the request to a component of DHS for processing. Barksdale-Perry Declaration ¶ 5. Because DHS Privacy did not systematically track such referred requests in FY 2016, "an unknown number of requests were not logged" for that year, *id.*, and thus not reflected in the official statistics cited in ¶ 11 of the Holzer Declaration. Accordingly, the statistics concerning the total number of FOIA requests DHS Privacy received in FY 2016 and FY 2017 cited in ¶ 11 of the Holzer Declaration did not reflect an apples to apples comparison.

   Nonetheless, the significant increase in FOIA requests between FY 2016 and FY 2017 did not result from the change in DHS Privacy's practice with respect to logging referred requests. Barksdale-Perry Declaration ¶ 7. If referred requests are excluded from consideration, then the total number of FOIA requests received by DHS Privacy increased from 533 in FY 2016 to 1,012 in FY 2017, an increase of 89.8%. *Id.* Similarly, the number of FOIA requests for which DHS Privacy conducted at least one records search grew from 289 in FY 2016 to 711 in FY 2017, or 246%. *Id.*

Although the Holzer Declaration did not describe the change in DHS Privacy's practices for recording FOIA requests, the facts stated in the Holzer Declaration are accurate, even after considering the change in DHS Privacy's practices. We thank the Court for considering this letter and the attached supplemental declaration.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:    */s/ Caleb Hayes-Deats*
CALEB HAYES-DEATS
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel: (212) 637-2699

cc:    Nancy Morawetz
Jessica Rofé
Fatima Carrillo, Legal Intern
Nora Searle, Legal Intern
Kevin Siegel, Legal Intern
Sarah Thompson, Legal Intern
Washington Square Legal Services, Inc.
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, NY 10012
*for Plaintiffs*

2