**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*Nat'l Immigration Project, et al.,*

  Plaintiffs,

  v.

*U.S. Dep't of Homeland Sec., et al.,*

  Defendants.

Civil Action No. 1:18-cv-00659-RA

DECLARATION OF
NICOLE C. BARKSDALE-PERRY

1. I, Nicole C. Barksdale-Perry, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

2. I am the Senior Director, FOIA Operations and Management, for the Department of Homeland Security ("DHS") Privacy Office ("DHS Privacy").

3. In this capacity, I am the DHS official responsible for daily operations and oversight of the DHS Privacy FOIA Program.

4. I submit this declaration in order to provide supplemental information about statistics cited in ¶ 11 of James V.M.L. Holzer's declaration of March 19, 2018 (the "Holzer Declaration"). As stated in ¶ 11 of the Holzer Declaration, DHS Privacy received 599 Freedom of Information Act ("FOIA") requests in fiscal year ("FY") 2016 and 1,348 FOIA requests in FY 2017. As of March 27, 2018, DHS Privacy has received 790 FOIA requests. There are several factors that led to the increase in FOIA requests received between FY16 and FY17. I submit this supplemental declaration to ensure that the record is complete on this point.

5. The increase in the number of FOIA requests received and processed by the Privacy Office from FY16 and FY17 tracks with the increased public interest in the Department's operations pertaining to the recent Presidential Executive Orders and subsequent guidance issued by the Secretary. In FY16, the Privacy Office received four FOIA requests related to the Presidential Executive Orders; however, that number increased to approximately 202 requests

Nicole C. Barksdale-Perry Declaration, Case No. 1:18-cv-00659-RA

received in FY17.  In FY18 (year to date (YTD)), that number increased to 48 requests. Additionally, in FY17 the Privacy Office implemented a practice of logging in all FOIA requests regardless of whether those requests resulted in the Privacy Office ultimately transferring the request to another component for direct response to the requester. A referral letter is issued to the requester explaining that the request has been referred to the applicable components and a cover letter is sent to the relevant components. In FY16, the number of misdirects/referrals logged was 66 FOIA requests (an unknown number of requests were not logged due to DHS practice at the time); that number increased to 336 FOIA requests in FY17. In FY18 (YTD), the Privacy Office has referred 289 requests to other components.

6.    The chart below reflects the number of referred requests, other cases, and requests for which DHS Privacy processed at least one records search in FY 2016, FY 2017, and FY 2018 to date.

| FY | All Cases Received in FY | Number of Cases with at Least One Records Search | Number of Cases Referred to Other Components for Handling & Logged into Tracking System | Other Cases |
|---|---|---|---|---|
| FY16 | 599 | 289 | 66 | 244 |
| FY17 | 1348 | 711 | 336 | 301 |
| FY18 | 790 | 237 | 289 | 264 |

7.    The Holzer Declaration described a significant increase in the number of FOIA requests DHS Privacy received between FY 2016 and FY 2017. Some of the increase may be attributable to the change in DHS Privacy's practice of tracking referred requests. However, even excluding referred requests, DHS Privacy still experienced an extraordinary increase in FOIA

Nicole C. Barksdale-Perry Declaration, Case No. 1:18-cv-00659-RA

requests between FY 2016 and FY 2017. Specifically, the number of requests for which DHS Privacy conducted at least one search grew from 289 in FY 2016 to 711 in FY 2017, or 246%. If one considers both requests that resulted in searches and other cases (including cases in litigation), the total number increased from 533 in FY 2016 to 1,012 in FY 2017, or 89.8%. Thus, even though DHS Privacy began to track referred requests more systematically in FY 2017, that change does not account for the significant increase in FOIA requests described in the Holzer Declaration.

8.      The increase described in the Holzer Declaration has continued into FY 2018. In the first half of FY 2018, DHS Privacy has received nearly as many requests for which it has conducted a records search as it did in all of FY 2016. Similarly, the number of other cases for the first half of FY 2018 has already surpassed the number for FY 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Dated the 29 day of March, 2018

_____
Nicole C. Barksdale-Perry
Senior Director, FOIA Operations and Management
DHS Privacy Office
U.S. Department of Homeland Security

Nicole C. Barksdale-Perry Declaration, Case No. 1:18-cv-00659-RA

Page 3