March 29, 2018

The Honorable Ronnie Abrams
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

> **RE:** ***Nat'l Immigration Project, et al. v. U.S. Dep't of Homeland Sec., et al.*,**
> **No. 18 Civ. 659 (RA) Joint Letter of the Parties**

Dear Judge Abrams,

The parties respectfully submit the following joint letter in advance of the conference scheduled for March 30, 2018. During the conference that occurred on March 9th, the Court requested that the parties submit a letter proposing briefing schedules on any challenges to withholdings from the documents Defendants have produced to date in response to Plaintiffs' Freedom of Information Act ("FOIA") requests.

The parties have reached agreement on a proposal for the structure of briefing, but not on the deadlines for each filing. The parties jointly propose that Defendants will first file a motion for summary judgment, including a *Vaughn* index or other appropriate supporting documents, that Plaintiffs will then cross-move for summary judgment and oppose Defendants' motion, that Defendants will next file a joint opposition to Plaintiffs' motion and a reply, and that Plaintiffs will file a reply brief. The parties do not agree on proposed deadlines, and the table below sets forth their respective positions.

| Brief | Plaintiffs' Proposed Deadline | Defendants' Proposed Deadline |
|---|---|---|
| Defs.' Motion | April 13, 2018 | May 7, 2018 |
| Pls.' Cross-Motion | April 27, 2018 | June 6, 2018 |
| Defs.' Opp. & Reply | May 7, 2018 | July 6, 2018 |
| Pls.' Reply | May 17, 2018 | July 20, 2018 |

The parties will be prepared to discuss their respective proposals during tomorrow's conference. We thank the Court for considering this letter.

Respectfully submitted,

<table>
<tr><td></td><td>GEOFFREY S. BERMAN<br>United States Attorney for the<br>Southern District of New York</td></tr>
<tr><td>_____<br>Nancy Morawetz<br>Jessica Rofé<br>Fatima Carrillo, Legal Intern<br>Nora Searle, Legal Intern<br>Kevin Siegel, Legal Intern<br>Sarah Thompson, Legal Intern<br>WASHINGTON SQUARE LEGAL<br>SERVICES, INC.<br>Immigrant Rights Clinic<br>245 Sullivan Street, 5th Floor<br>New York, NY 10012<br>nancy.morawetz@nyu.edu<br>jessica.rofe@nyu.edu</td><td>By:  _____<br>CALEB HAYES-DEATS<br>Assistant United States Attorney<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Telephone: (212) 637-2699<br>Fax: (212) 637-2686<br>caleb.hayes-deats@usdoj.gov<br><br>*Attorney for Defendants*</td></tr>
</table>

Sejal Zota
NATIONAL IMMIGRATION
PROJECT OF THE NATIONAL
LAWYERS GUILD
14 Beacon Street, Suite 602
Boston, MA 02108
(617) 227-9727
sejal@nipnlg.org

*Attorneys for Plaintiffs*