April 4, 2018

The Honorable Ronnie Abrams
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

      Re:    *Nat'l Immigration Project v. U.S. Dep't of Homeland Sec.*, No. 18 Civ. 659 (RA)

Dear Judge Abrams,

      We write to inform the Court that, since the parties filed their joint letter of March 29, 2018, they have reached agreement on a proposed briefing schedule on Plaintiffs' challenges to withholdings from the documents that Defendants have produced in response to Plaintiffs' Freedom of Information Act requests. The parties respectfully propose the following schedule: (1) Defendants will file a motion for summary judgment, including a *Vaughn* index or other appropriate supporting documents, by April 27, 2018; (2) Plaintiffs will cross-move for summary judgment and oppose Defendants' motion by May 18, 2018; (3) Defendants will file a joint opposition to Plaintiffs' motion and reply brief by May 28, 2018; and (4) Plaintiffs will file a reply brief by June 7, 2018. We thank the Court for considering this letter.

      Respectfully submitted,

| | |
|---|---|
| WASHINGTON SQUARE LEGAL SERVICES, INC. | GEOFFREY S. BERMAN<br>United States Attorney for the<br>Southern District of New York |

 

|  |  |
|---|---|
| Nancy Morawetz | By:    CALEB HAYES-DEATS |
| Jessica Rofé | Assistant United States Attorney |
| Fatima Carrillo, Legal Intern | 86 Chambers Street, Third Floor |
| Nora Searle, Legal Intern | New York, New York 10007 |
| Kevin Siegel, Legal Intern | |
| Sarah Thompson, Legal Intern | |
| 245 Sullivan Street, 5th Floor | *Attorney for Defendants* |
| New York, NY 10012 | |

Sejal Zota
NATIONAL IMMIGRATION PROJECT
OF THE NATIONAL LAWYERS GUILD
14 Beacon Street, Suite 602
Boston, MA 02108

*Attorneys for Plaintiffs*