**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, et al | ) ) ) | No. 18 Civ. 659 (RA) |
| Plaintiffs, | ) ) | **NOTICE OF CROSS MOTION** |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al | ) ) ) | |
| Defendants. | ) ) | |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the

Statement Pursuant to Rule 56.1, and the accompanying exhibits, plaintiffs National

Immigration Project of The National Lawyers Guild and Margaret Satterthwaite, by their

attorneys hereby move this Court for an order granting partial summary judgment in

favor of plaintiffs, pursuant to Federal Rule of Civil Procedure 56, and for such other

relief as the Court deems just and proper.


PLEASE TAKE FURTHER NOTICE that, pursuant to the briefing schedule approved by

the Court on April 6, 2018, Defendants must serve and file their opposition to Plaintiffs'

motion by May 28, 2018.


Dated: May 18, 2018
        New York, New York

                                        Respectfully Submitted,

By: /s/ Jessica Rofé_____

Nancy Morawetz
Jessica Rofé
Fatima Carrillo Moran, Legal Intern
Nora Searle, Legal Intern
Kevin Siegel. Legal Intern
WASHINGTON SQUARE LEGAL
SERVICES, INC.
245 Sullivan Street, 5th Floor
New York, NY 10012
(212) 998-6430
nancy.morawetz@nyu.edu
jessica.rofe@nyu.edu
*Attorneys for Plaintiffs*

TO:     Caleb Hayes-Deats
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York  10007
        Attorney for Defendant

2